# UNITED STATES DISTRICT COURT

*District of Nebraska*

## APPLICATION FOR ADMISSION TO PRACTICE

$176.00[1]

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

13 APR 10 PM 3: 50

OFFICE OF THE CLERK

Provide case number if admission requested by court: 13-CR-106, 107, 108, 109, 104

Appearing on behalf of:

I, _Sarah Chang_, do hereby certify that I have been enrolled as a member of the Bar of the Supreme Court of _New York_ and I now desire to be enrolled as a member of the Bar of the United States District Court for the District of Nebraska.

NY 4844700

(Bar Code if Bar Applicable)

US Department of Justice (Law Firm or Federal Agency)

1400 New York Ave, Suite 600 (Mailing Address)

Washington, DC 20005 (City, State, Zip)

_____ (Telephone/Fax Number)

I, _Sarah Chang_, being duly sworn on oath say: That as an officer of the United States District Court for the District of Nebraska, I shall demean myself faithfully, uprightly, and according to law; and that I shall support, uphold, and defend the Constitution of the United States of America; so help me God.

DATED this _10th_ day of _April_, 20_13_.

_____
(Signature of Applicant)

**(This portion must be completed and signed by either the clerk of the highest court in any state in which the applicant is admitted to practice OR by a member of the Bar of the United States District Court for the District of Nebraska).**

I hereby certify that the applicant is of good moral character and a member of the highest court of the state of _New York_ as certified by the applicant above. DATED this _10th_ day of _April_, 20_13_.

**Clerk of the Supreme Court of the**
**State of** _____

_____
(Please sign name)

_____
(Please print name)

**OR**

**Member of Bar, U.S. District Court**
**For the District of Nebraska**

_Michael P. Norris_
(Please sign name)

Michael P. Norris
(Please print name)

NE Bar Code # _17765_

IS ORDERED: Applicant is hereby admitted to practice as an attorney and counselor at law in the United States District Court for the District of Nebraska.

DATED this _10_ day of _April_, 20_13_

_____
(Deputy Clerk)

Last update 5/25/06

n:\proc\forms\attyadm.wpd

ECF /Copy 4/10/13, sp

[1] The $176.00 filing fee is waived for federal agency attorneys.