# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

**SEALED**

Felicia C. Cannon, Clerk

Jarrett Perlow, Chief Deputy

Reply to Southern Division Address

April 11, 2013

Denise Lucks, Clerk of Court
U.S. District Court
District of Nebraska ( Omaha)
111 South 18th Plaza , Suite 1152
Omaha NE 68102

8:13cr105

Re: Our Case No. 13-715 CBD
United States of America vs. Timothy Defoggi

Dear Clerk:
Enclosed please find the following documents:

1. Criminal Memo - Initial Appearance
2. Entry of Appearance
3. Order of Detention by Agreement
4. Commitment to Another District
5. Waiver of Rule 5
6. Docket Sheet

OFFICE OF THE CLERK
13 APR 15 PM 2:02
FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

Please acknowledge receipt and return to the undersigned.

If you should have any questions, please do not hesitate to contact the undersigned at 301-344-3108.

Sincerely,

Jessica Ionetz
Deputy Clerk

Received on _____ by _____

**RECEIVED**
APR 1 5 2013
CLERK
U.S. DISTRICT COURT
OMAHA

---

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov

CLOSED,SEALED

# U.S. District Court
## District of Maryland (Greenbelt)
### CRIMINAL DOCKET FOR CASE #: 8:13-mj-00715-CBD All Defendants *SEALED*
### Internal Use Only

Case title: USA v. Defoggi

Date Filed: 04/09/2013
Date Terminated: 04/11/2013

Assigned to: Magistrate Judge Charles B. Day

**Defendant (1)**

**Timothy Defoggi**
*TERMINATED: 04/11/2013*

represented by **Megan Elizabeth Coleman**
Marcus Bonsib LLC
6411 Ivy Ln Ste 116
Greenbelt, MD 20770
13014413000
Fax: 13014413003
Email: mgreen@marcusbonsib.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

None

**Disposition**

I hereby attest and certify on 04/11/13 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
By_____ Deputy

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 04/09/2013 | 🔒 1 | Initial Appearance in Rule 5(c)(3) Proceedings as to Timothy Defoggi held on 4/9/2013 before Magistrate Judge Charles B. Day. (Ionetz- 2A.) (jcs, Deputy Clerk) (Entered: 04/11/2013) |
| 04/10/2013 | 2 | NOTICE OF ATTORNEY APPEARANCE: Megan Elizabeth Coleman appearing for Timothy Defoggi (jcs, Deputy Clerk) (Entered: 04/11/2013) |
| 04/10/2013 | 3 | ORDER OF DETENTION BY AGREEMENT as to Timothy Defoggi. Signed by Magistrate Judge Charles B. Day on 04/09/2013. (jcs, Deputy Clerk) (Entered: 04/11/2013) |
| 04/10/2013 | 4 | COMMITMENT TO ANOTHER DISTRICT as to Timothy Defoggi. Defendant committed to District of United States District Court District of Nebraska (Omaha). Signed by Magistrate Judge Charles B. Day on 04/09/2013. (jcs, Deputy Clerk) (Entered: 04/11/2013) |
| 04/10/2013 | 5 | WAIVER of Rule 5(c)(3) Hearing by Timothy Defoggi (jcs, Deputy Clerk) (Entered: 04/11/2013) |
| 04/11/2013 | 🔒 | (Court only) ***Terminated defendant Timothy Defoggi, pending deadlines, and motions., ***Case Terminated as to Timothy Defoggi (jcs, Deputy Clerk) (Entered: 04/11/2013) |

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770

OFFICIAL BUSINESS

Denise Lucks, Clerk of Court
U.S. District Court
District of Nebraska (Omaha)
111 South 18th Plaza, Suite 1152
Omaha NE 68102

RECEIVED
APR 1 5 2013
CLERK
U.S. DISTRICT COURT
OMAHA



04J8202439
Mailed From 20770
04/13/2013
$01.320
US POSTAGE
neopost