# MAGISTRATE JUDGE CRIMINAL MINUTES

| | | |
|---|---|---|
| **DATE:** April 9, 2013 | **JUDGE:** Charles B. Day | **COURTROOM:** 2A |
| **TIME:** 3:30pm-3:53pm | **INTERPRETER:** None | |
| **AUSA:** LisaMarie Frietas | **DFDT ATTORNEY:** Megan Coleman (Retained) | |
| **UNITED STATES OF AMERICA v.** | Timothy Defoggi | |
| **CASE NO.** CBD 13-715 | **NO. OF COUNTS:** No. of Counts. | |
| **DFDT'S AGE:** DFDT'S Age. | **YEAR OF BIRTH:** Year of Birth. | |

☒ Initial Appearance ☒ Defendant Retained Counsel
☐ Arraignment ☐ Violation Notice
☒ Rule 5(c)(3) Hearing ☒ Indictment
☐ Sentencing ☐ Superseding Indictment
☐ Bail Review/Revocation Hearing ☐ Information
☐ Violation of Probation ☐ Complaint
☐ Violation of Supervised Release ☐ Preliminary Hearing: _____
☐ Detention Hearing ☐ Preliminary Hearing WAIVED

Defendant arraigned and plead "NOT GUILTY" as to Count(s) _____
☒ **Defendant advised of rights to silence and counsel**
☐ Defendant temporarily detained pending detention hearing on __/__/__ @ ____
☒ **Defendant detained by agreement**
☐ Defendant ordered detained after detention hearing
☐ FPD / CJA appointed as counsel
☒ **Waiver of Rule 5(c)(3) Hearings**
☒ **Commitment To Another District**
☐ Order Setting Conditions of Release w/conditions
☐ Medical Order for Treatment of Detainee entered
☐ Counsel advised to call or go to chambers for dates / given dates in court
Remarks _____

____ Days for Motions. Motions to be filed by _____
☐ Trial-Bench/Jury ____ day(s) / week(s). Trial week of _____
☒ **Pre-trial/Probation Officer** _____ **Irma Dasovic** _____
☐ Temporary Order of Detention to U.S. Marshal
☒ **Minute entries docketed.** **Deputy Clerk: Jessica Ionetz**

Magistrate Judge Criminal Minutes (Rev. 4/1/2008) magistratecrimnalminutes