

```
___ FILED      ___ ENTERED
___ LOGGED     ___ RECEIVED
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

APR 1 0 2013

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

UNITED STATES OF AMERICA

vs.

TIMOTHY DEFOGGI

\*
\*
\*
\*\*\*\*\*\*

Case No. CBD-13-715

8:13cr105

OFFICE OF THE CLERK
13 APR 15 PM 2:07
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
FILED

### ENTRY OF APPEARANCE IN A CRIMINAL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the defendant, Timothy DeFoggi. I certify that: [check and complete one that applies]

☒  I am admitted to practice in this Court, and my bar number is ____17552____.

☒  I am a member in good standing of the bar of the highest state court of __Maryland__

and am familiar with the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court.

__4/9/13__
Date

__Megan E Coleman__
Signature of Counsel

__Megan E Coleman__
Print Name

__MarcusBonsib, LLC__
Firm Address

__301-441-3000__
Phone No.

__6411 Ivy Lane, Suite 116__
Address

__301-441-3003__
Fax No.

__Greenbelt, MD 20770__
City/State/Zip

__megancoleman@marcusbonsib.com__
Email Address

Please select your designation:

☐ CJA        ☒ Retained        ☐ Public Defender        ☐ Pro Bono

\*\* **NOTE**: Appearance of counsel may be withdrawn only with leave of Court. *See* Local Rule 201.3. Such leave is liberally granted if sought within 14 days of the defendant's initial appearance in this Court.

Entry of Appearance – Criminal (Rev. 02/2011)

