**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RECEIVED
U.S. MARSHALS
GREENBELT, MD

2013 APR 10 A 9:15

UNITED STATES OF AMERICA

vs.

Timothy Defoggi

\*
\*
\*

\*\*\*\*\*\*

Case No. CBD 13-715

FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

APR 10 2013

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

### ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by _Megan Coleman_, and the Government was represented by Assistant United States Attorney _LisaMarie Freitas_, it is

ORDERED, this _9th_ day of _April_ _2013_, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_____
Charles B. Day
United States Magistrate Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
13 APR 15 PM 2:02
OFFICE OF THE CLERK

