AO 94 (Rev. 01/09, MD 6/09) Commitment to Another District

**SEALED**

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

RECEIVED
U.S. MARSHALS
GREENBELT, MD

2013 APR 10 ﬁled 15 ENTERED
___ LOGGED ___ RECEIVED

| United States of America | ) | |
| v. | ) | 8:13CN05 |
| | ) | Case No. CBD 13-715 |
| Timothy Defoggi | ) | Charging District's |
| *Defendant* | ) | Case No.   Other Case No. |

APR 10 2013
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the   USDC   District of   Nebraska (Omaha)  .
The defendant may need an interpreter for this language: _____.

The defendant:   ☐ will retain an attorney.
☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   April 9, 2013

_____
*Judge's signature*

Charles B. Day, US Magistrate Judge
*Printed name and title*

OFFICE OF THE CLERK   13 APR 15 PM 2:02   U.S. DISTRICT COURT DISTRICT OF NEBRASKA FILED

