AO 466A (Rev. 12/09; MD 02/10) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

**SEALED**

# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED ___ ENTERED
___ LOGGED ___ RECEIVED

APR 10 2013

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CBD 13-915 |
| | ) | |
| Timothy Defoggi | ) | Charging District's Case No. Other Case No. |
| Defendant | ) | 8:13cr105 |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* USDC District of Nebraska (Omaha)

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

[✓] an identity hearing and production of the warrant.

[✓] a preliminary hearing.

[✓] a detention hearing. in the U.S. District of Maryland only.

[✓] an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: April 9, 2013

_____
*Defendant's signature*

*Megan E Coleman*
Signature of defendant's attorney

*Megan E Coleman*
Printed name of defendant's attorney

13 APR 15 PM 2:27
OFFICE OF THE CLERK
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
FILED