**SEALED**

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

13 APR 16 PM 4:44

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 8:13CR105 |
| TIMOTHY DeFOGGI,<br>a/k/a fuckchrist<br>a/k/a PTasseater | |
| ZACKARY AUSTIN,<br>a/k/a slutcpl<br>a/k/a kinky_cpl | |

### NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE COURT:

Comes now the United States of America, by and through the undersigned counsel, Sarah Chang, a Trial Attorney in the Child Exploitation and Obscenity Section of the Criminal Division of the U.S. Department of Justice, and enters her appearance in this matter.

RESPECTFULLY SUBMITTED.

In Omaha, Nebraska, this 16th day of April, 2013.

ANDREW OOSTERBAAN
CHIEF
UNITED STATES DEPARTMENT OF JUSTICE
CRIMINAL DIVISION
CHILD EXPLOITATION AND
OBSCENITY SECTION

By: _____
Sarah Chang
Trial Attorney

United States Department of Justice
Criminal Division
Child Exploitation and Obscenity Section
1400 New York Ave., NW
Washington, D.C. 20005
Phone: (202) 353-4979
Fax: (202) 514-1793
E-mail: sarah.chang@usdoj.gov

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this date, I caused a true and correct copy of the foregoing Notice of Appearance to be electronically filed and it is available for viewing and downloading from the ECF system.

_____
Sarah Chang
Trial Attorney
U.S. Department of Justice
Criminal Division
Child Exploitation and
Obscenity Section

Date: **April 16, 2013**