IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **EXHIBIT LIST** |
| | ) | |
| v. | ) | Case No. 8:13CR105 |
| | ) | Deputy: Mary Beth McFarland |
| | ) | Reporter: Digital Recorder |
| TIMOTHY DeFOGGI, | ) | Date: May 8, 2013 |
| | ) | |
| Defendant. | ) | |

| PLF | DFT | 3 P T Y | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | | | private messages sent/received | X | | X | | 05/08/13 |
| 2 | | | order of protection | X | | X | | 05/08/13 |
| 3 | | | petition for order of protection | X | | X | | 05/08/13 |
| 4 | | | application for a search warrant | X | | X | | 05/08/13 |

**OBJECTIONS**
    **R: Relevancy**
    **H: Hearsay**
    **A: Authenticity**
    **O: Other (specify)**