**MEMORANDUM**

**TO:** **CLERK, U.S. DISTRICT COURT FOR THE DISTRICT OF NEBRASKA**

**FROM:** **AUSA     MICHAEL P. NORRIS**
**U.S. ATTORNEY'S OFFICE**
**DISTRICT OF NEBRASKA**

**RE:** **UNSEALING OF INDICTMENT IN 8:13CR105**

**DATE:** **May 21, 2013**

**Be advised that defendants, TIMOTHY DeFOGGI AND ZACKARY AUSTIN, named in the Indictment listed above is now in custody or have been released pending trial.   You may now unseal the criminal indictment listed above pursuant to Fed. R. Crim. P. 6(e)(4).**