# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JASON FLANARY,<br><br>        Defendant. | 8:13CR104<br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>TIMOTHY DEFOGGI, and<br>ZACKARY AUSTIN,<br><br>        Defendants. | 8:13CR105<br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>RUSSELL GLENN PIERCE,<br>DAVID WILLIAM PEER,<br>JOHN DOE # 3,<br>JOHN DOE # 4,<br>JOHN DOE # 5,<br>JOHN DOE # 6,<br>JOSHUA WELCH, and<br>THOMAS SPENCER,<br><br>        Defendants. | 8:13CR106<br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHN DOE # 1,<br>JOHN DOE # 2,<br>JOHN DOE # 3, | 8:13CR107<br><br>ORDER |

| | |
|---|---|
| **VINCENT DIBERARDINO,**<br>**JOHN DOE # 5,**<br>**MICHAEL HUYCK,**<br>**JOHN DOE # 7,**<br>**JOHN DOE # 8,**<br>**BRANDON MOORE,**<br>**JOHN SEBES, and**<br>**GARY REIBERT,**<br><br>            **Defendants.** | |

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>            Plaintiff,<br><br>   vs.<br><br>**KIRK COTTOM,**<br>**JOHN DOE # 2, and**<br>**KEVIN M. PITMAN**<br><br>            **Defendants.** | **8:13CR108**<br><br><br><br>**ORDER** |

**IT IS ORDERED**:

A conference pursuant to Fed. R. Crim. P. 17.1 will be held in the above captioned cases in Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 10:00 a.m. on May 29, 2013**. All counsel are required to attend or participate by telephone conference. All participating counsel shall have available their calendars and be prepared to schedule all events in this case. Since this will be a scheduling conference, defendants are not required to be present. Any counsel wishing to participate by telephone conference shall arrange, **in advance of the conference**, such participation with Mary Beth McFarland by calling 402-661-7344.

Dated this 20th day of May, 2013.

                                                            BY THE COURT:

                                                            s/ Thomas D. Thalken
                                                            United States Magistrate Judge