**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **8:13CR104** |
| **Plaintiff,** | |
| **vs.** | |
| **JASON FLANARY,** | **ORDER** |
| **Defendant.** | |

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **8:13CR105** |
| **Plaintiff,** | |
| **vs.** | |
| **TIMOTHY DEFOGGI, and ZACKARY AUSTIN,** | **ORDER** |
| **Defendants.** | |

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **8:13CR106** |
| **vs.** | |
| **RUSSELL GLENN PIERCE, DAVID WILLIAM PEER, JOHN DOE # 3, JOHN DOE # 4, JOHN DOE # 5, JOHN DOE # 6, JOSHUA WELCH, and THOMAS SPENCER,** | **ORDER** |
| **Defendants.** | |

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **8:13CR107** |
| **vs.** | |
| **JOHN DOE # 1, JOHN DOE # 2, JOHN DOE # 3, VINCENT DIBERARDINO, JOHN DOE # 5,** | **ORDER** |

MICHAEL HUYCK,
JOHN DOE # 7,
JOHN DOE # 8,
BRANDON MOORE,
JOHN SEBES, and
GARY REIBERT,

                    **Defendants.**

UNITED STATES OF AMERICA,

                    **Plaintiff,**                       **8:13CR108**

      **vs.**

KIRK COTTOM,                                    **ORDER**
JOHN DOE # 2, and
KEVIN M. PITMAN

                    **Defendants.**

This matter is before the court on the United States of America's Ex Parte Emergency Motion For Substitution of Redacted Indictments (Filing No. 33 in 8:13CR104; Filing No. 39 in 8:13CR105; Filing No. 67 in 8:13CR106; Filing No. 90 in 8:13CR107; Filing No. 48 in 8:13CR108). Upon consideration,

      **IT IS ORDERED**:

      1.      The United States of America's Ex Parte Emergency Motion For Substitution of Redacted Indictments (Filing No. 33 in 8:13CR104; Filing No. 39 in 8:13CR105; Filing No. 67 in 8:13CR106; Filing No. 90 in 8:13CR107; Filing No. 48 in 8:13CR108) is granted in all cases.

      2.      The Clerk of the District Court is directed to replace the publicly available Indictments and Superseding Indictments in the above-referenced cases with the redacted Indictments and Superseding Indictments set forth in the United States of America's Indices of Evidence (Filing No. 34 - Ex. 1 in 8:13CR104; Filing No. 40 - Ex. 2 in 8:13CR105; Filing No. 68 - Exs. 3 and 4 in 8:13CR106; Filing No. 91 - Exs. 5 and 6 in 8:13CR107; Filing No. 49 - Exs. 7 and 8 in 8:13CR108).

      Dated this 14th day of June, 2013.

                                     BY THE COURT:

                                   s/ Thomas D. Thalken
                                   United States Magistrate Judge