Main File No. RR10/05/10] Page #10

## Subject Photos

| Client | TIM DEFOGGI | | | | |
|---|---|---|---|---|---|
| Property Address | 6843 Wrangell Loop, NE | | | | |
| City | RIO RANCHO | County SANDOVAL | State NM | Zip Code 87144-5655 | |
| Lender | | | | | |



**Subject**
6843 Wrangell Loop, NE
Sales Price        REFINANCE
Gross Living Area  3,096
Total Rooms        8
Total Bedrooms     4
Total Bathrooms    3
Location           AVERAGE
View               AVERAGE +
Site               0.20+/- ACRE
Quality            FRM-STUC/AVG
Age                1 +/-



**Subject**



**Subject**

Form PICPIX.SR — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. RR10/05/10 Page #11

## Subject Photo Page

| Client | TIM DEFOGGI | | | |
|---|---|---|---|---|
| Property Address | 6843 Wrangell Loop, NE | | | |
| City | RIO RANCHO | County SANDOVAL | State NM | Zip Code 87144-5655 |
| Lender | | | | |



**Subject Oblique**

6843 Wrangell Loop, NE
Sales Price        REFINANCE
Gross Living Area  3,096
Total Rooms        8
Total Bedrooms     4
Total Bathrooms    3
Location           AVERAGE
View               AVERAGE +
Site               0.20+/- ACRE
Quality            FRM-STUC/AVG
Age                1 +/-



**Subject STUDIO**



**Subject Studio Bath**

# RESIDENTIAL PROPERTY TRANSFER DECLARATION AFFIDAVIT

**Transferor(s) / Seller(s)**   Print full name(s) and mailing Address(es):

Beazer Homes Sales, Inc., a Delaware corporation
7007 Wyoming NE F5, Albuquerque, NM  87109

**Tranferee(s) / Buyer(s)**   Print full name(s) and mailing Address(es):

Timothy R. Defoggi
6843 Wrangell Loop NE, Rio Rancho, NM  87144

**Legal Description** of the real property transferred as it appears in the document of transfer:

Lot 10 in Block 1, Lomas Encantadas, Unit 4A, as the same is shown and designated on the plat entitled Lomas Encantads Unit 4A, A subdivision of Tract 3 and a replat and vacation of a portion of Adams Lane NE, within Unit 20, within Sections 26 and 35, T 13 N, R3E, N.M.P.M., City of Rio Rancho, Sandoval County, New Mexico, filed in the office of the County Clerk of Sandoval County, New Mexico, on March 16, 2007 in Vol. 3, folio 2785A.

**Full consideration including money or other thing of value paid or exchanged for the transfer, and the terms of the sale including any amount of seller incentives.**
Sales Date:  October 15, 2009
Sales Price:  $ 350,068.00
Consideration paid or exchanged:
Value of Personal Property included: $
Description of personal property:
Terms of sale including any seller incentives:

**Signature of Buyer** __X__   **Seller** _____   **Authorized Agent** _____   (Check one and sign)

Timothy R. Defoggi

Acknowledgement of individual or in representative capacity
State of __New Mexico__) County of __Bernalillo__)
Signed and sworn to (or affirmed) before me this _____ day of __10/15/09__.

BY:   __Timothy R. Defoggi__
    Name of affiant or authorized agent if applicable

My Commission Expires: _____

_____
Notary Public

Pursuant to NMSA 1978, Section 7-38-12.1 and 7-38-12.2 (2005)

Affidavit (Residential Property Transfer Declaration)
FDNM0120.rdw