IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

TIMOTHY DeFOGGI,

        Defendant.

**WITNESS LIST**

Case No.   8:13CR105
Deputy:    Mary Beth McFarland
Reporter:  Digital Recorder
Date:      July 11, 2013

FOR PLAINTIFF:

| Name | Date |
|---|---|
|  |  |
|  |  |

FOR DEFENDANT:

| Name | Date |
|---|---|
| Timothy DeFoggi | July 11, 2013 |
| Jimmy Dale Bounds | July 11, 2013 |