IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

TIMOTHY DeFOGGI,

          Defendant.

**EXHIBIT LIST**

Case No.    8:13CR105
Deputy:     Mary Beth McFarland
Reporter:   Digital Recorder
Date:       July 11, 2013

| PLF | DFT | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
|  | 101 |  | Letter to Magistrate Judge Thalken from Timothy DeFoggi | X | H | X |  | 07/11/13 |
|  | 102 |  | Search warrant return | X |  | X |  | 07/11/13 |
|  |  |  |  |  |  |  |  |  |

**OBJECTIONS**
    **R: Relevancy**
    **H: Hearsay**
    **A: Authenticity**
    **O: Other (specify)**

1