IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>         Plaintiff,          )<br>                             )<br>   -vs-                      )<br>                             )<br> TIMOTHY DEFOGGI,            )<br>                             )<br>         Defendant           )<br>                             ) | 8:13 CR 105<br><br>MOTION FOR EXTENSION OF TIME<br>TO FILE PRETRIAL MOTIONS |

    COMES NOW the Defendant, Timothy DeFoggi, by and through his attorney James Martin Davis, and moves the Court for an Order extending the time to file pretrial motions for an additional 60 days.

    WHEREFORE, the Defendant prays for an extension of time to file pretrial motions for an additional 60 days.

    TIMOTHY DEFOGGI, Defendant


*S/JAMES MARTIN DAVIS*   #10927
Davis Law Office
1623 Farnam Street, Suite 500
Omaha, NE 68102
Tel: (402) 341-9900
Fax:(402) 341-8144
Email: info@jamesmartindavis.com
Counsel for Defendant


CERTIFICATE OF SERVICE

    I hereby certify that on July 26, 2013, I electronically filed the foregoing with the Clerk of the United States District Court using the CM/ECF system, which will send notification of such filing to the following:

Assistant United States Attorney
1620 Dodge St, Suite 1400.
Omaha NE 68102

*S/ JAMES MARTIN DAVIS*