IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                           )<br>                         Plaintiff,         )<br>                                                           )<br>-vs-                                                 )<br>                                                           )<br>TIMOTHY R. DE FOGGI,               )<br>                                                           )<br>                         Defendant      )<br>                                                           ) | 8:13 CR 105<br><br>SPEEDY TRIAL AFFIDAVIT |

STATE OF NEBRASKA   )
                                         ) ss.
COUNTY OF DOUGLAS  )

    COMES NOW the Defendant, Timothy Defoggi, and having been duly advised states as follows:

1. He understands that he has a right to a Speedy Trial under the Speedy Trial Act;
2. He is advised by his counsel that he therefore will not go to trial within the 70 day time period;
3. In order to have this Court grant the enlargement of time to file pretrial motions, he understands that he will need to waive his rights under the Speedy Trial Act;
4. He waives his right to a speedy trial pursuant to the Speedy Trial Act under the specific provisions of 18 U.S.C. 3161.

    FUTHER AFFIANT SAYETH NAUGHT.

Dated this __14__ day of August, 2013.

_____
TIMOTHY DEFOGGI, Defendant

SUBSCRIBED AND SWORN to before me this \_\_\_\_ day of August, 2013.

GENERAL NOTARY - State of Nebraska
CARA C WURTZ
My Comm. Exp. Sept. 11, 2016

_____
NOTARY PUBLIC

## CERTIFICATE OF SERVICE

I hereby certify that on August _____, 2013 I electronically filed the foregoing with the Clerk of District Court using the CM/ECF system, which will send notification of such filing to the following:

Michael P. Norris
Assistant U.S. Attorney
1620 Dodge Street
Suite 1400
Omaha, NE 68102

s/JAMES MARTIN DAVIS