1IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:13CR105 |
| vs. | MOTION TO EXTEND THE TIME TO FILE GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTIONS |
| TIMOTHY DEFOGGI, | |
| Defendant. | |

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests that the Court extend the time to file the government's response to defendant's motions to November 26, 2013.   In support of this request the United States offers the following:

1. The United States needs additional time to draft the responses to the multiple motions filed by the Defendant.   The United States is currently responding to multiple motions filed in other related cases.

2. Sara Chang, DOJ Trial Attorney also assigned to this matter will be out of the country from November 11, 2013, through November 16, 2013.

3. Keith Becker, DOJ Trial Attorney also assigned to this matter need additional time due to responses due in other matters outside the District of Nebraska.   Mr. Becker has recently been called away from the office on a family emergency.

WHEREFORE, the United States respectfully requests that the time to file the government's response to defendant's motion be extended to November 26, 2013.

UNITED STATES OF AMERICA

        DEBORAH R. GILG
        United States Attorney
        District of Nebraska

        *s/Michael P. Norris*
By:  MICHAEL P. NORRIS (#17765)
      Assistant United States Attorney
      1620 Dodge Street, Ste. 1400
      Omaha, NE 68102-1506
      (402) 661-3700

## CERTIFICATE OF SERVICE

     I hereby certify that on November 12, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: James Martin Davis, Attorney at Law.

        *s/Michael P. Norris*
        MICHAEL P. NORRIS
        Assistant United States Attorney