IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:13CR105 |
| vs. | ) | ORDER |
| TIMOTHY DE FOGGI, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Timothy DeFoggi (DeFoggi) for an extension of time in which to file pretrial motions (Filing No. 68). The motion was held in abeyance pending the filing of DeFoggi's affidavit in compliance with NECrimR 12.1(a) and Paragraph 9 of the Progression Order. **See** Filing No. 69 - Order. Additional time was sought and granted to file the required affidavit (Filing Nos. 71 and 73). Despite the additional time granted, the affidavit has not been filed with the court. Accordingly, the motion for an extension of time to file pretrial motions (Filing No. 68) is denied.

**IT IS SO ORDERED.**

DATED this 11th day of December, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge