OFFICIAL USE ONLY
- RESTRICTED ACCESS -

DECEMBER 12, 2013

TIM DEFOGGI #11078
387 N. CHESTNUT ST
WAHOO, NE 68066

RECEIVED
DEC 17 2013
THOMAS D. THALKEN
U.S. MAGISTRATE JUDGE

HONORABLE THOMAS D. THALKEN
US DISTRICT COURT OF NEBRASKA
111 S. 18TH PLAZA, SUITE 1152
OMAHA, NE 68102

RE: USA -VS- TIMOTHY DEFOGGI, 8:13CR105

DEAR JUDGE THALKEN,

WHILE I AWAIT THE SCHEDULING OF A (1.) PRETRIAL CONFERENCE WHICH WAS REQUESTED OF THE COURT ON NOVEMBER 6, 2013, I WANTED TO MAKE YOU AWARE OF SERIOUS ONGOING ISSUES THAT ARE ADVERSELY AFFECTING MY ABILITY TO OBTAIN ADEQUATE LEGAL REPRESENTATION FROM MY ATTORNEY, JAMES MARTIN DAVIS. IT IS BELIEVED THAT THESE ISSUES MAY ULTIMATELY AFFECT MY ABILITY TO RECEIVE A FAIR AND IMPARTIAL TRIAL. SPECIFICALLY, I HAVE THE FOLLOWING

OFFICIAL USE ONLY
- RESTRICTED ACCESS -

OFFICIAL USE ONLY
- RESTRICTED ACCESS -

CONCERNS; IN PART:

1) IN A LETTER TO MY ATTORNEY DATED DECEMBER 11, 2013, IT WAS NOTED THAT HIS OFFICE HAD RECENTLY REJECTED 38 OF MY PHONE CALLS AND HAD ALSO FAILED TO REPLY TO 3 SEPERATE WRITTEN STATUS INQURIES

2) ON NOVEMBER 19, 2013, I SPOKE TO MR. DAVIS ON A RECORDED PHONE LINE FROM SAUNDERS COUNTY CORRECTIONS (SCC). DURING THE CALL MR. DAVIS BECAME VERBALLY ABUSIVE WHILE DISCUSSING MY REFUSAL TO WAIVE SPEEDY TRIAL RIGHTS. HE STATED, "YOU NEED TO GET YOUR HEAD OUT OF YOUR ASS"; REFERENCED THE SPEEDY TRIAL ACT AS MEANINGLESS; AND STATED THAT THE SPEEDY TRIAL AFFIDAVIT DID NOT WAIVE MY RIGHTS EVEN THOUGH SECTION 4 STATED IN PART, "HE WAIVES HIS RIGHT TO A SPEEDY TRIAL PURSUANT TO...". HE WENT ON TO SAY, "YOU THINK YOU ARE SO FUCKING SMART" AND "I DON'T HAVE TIME TO TEACH YOU HOW TO BE AN ATTORNEY". THE ABOVE QUOTES ARE TO THE BEST OF MY RECOLLECTION.

OFFICIAL USE ONLY
- RESTRICTED ACCESS -

OFFICIAL USE ONLY
- RESTRICTED ACCESS -

3) On November 6, 2013, I spoke to Tom of Mr. Davis' office on a recorded SCC phone line. During the conversation, Tom stated that the court will <u>NOT</u> accept my written communications and has forwarded them <u>unopened</u> and <u>unread</u> to Mr. Davis' office. I am hoping that this is not the case.

4) In an earlier hearing attended by Mr. Davis, the court granted a 100 day enlargement of time in order to allow for the filing of motions. To the best of my knowledge and belief, no motions were filed during the additional time period.

5) On multiple occasions I have tried to express to Mr. Davis the importance of providing the court with a classified discussion of my projects listed on the attached "Intelligence Programs" list. As I alluded to at my pretrial hearing, the TOR network poses a formidable threat to US interests when utilized by nafarious actors. Due to the unique abilities and far reaching affects of one of my projects, the FBI & Department of Justice were formally

OFFICIAL USE ONLY
- RESTRICTED ACCESS -

BRIEFED AND WEIGHED IN ON APPROPRIATE LIMITATIONS TO BE APPLIED DOMESTICALLY & OVERSEAS. I WOULD ALSO ARGUE THAT, BASED UPON MY UNIQUE TRAINING AND EXPERIENCE, I AM ARGUABLY ONE OF THE TOP INTELLIGENCE ANALYSTS IN THE COUNTRY.

BASED UPON THE ABOVE, I DO NOT BELIEVE THAT I AM BEING FAIRLY REPRESENTED. TOO, I FEEL THAT FEW REMEDIES ARE AVAILABLE AT THIS POINT AS I HAVE EXHAUSTED ALL OF MY CASH RESERVES, MAXED MY CREDIT AND SOLD OFF PERSONAL PROPERTY IN ORDER TO PAY ATTORNEY FEES ASSOCIATED WITH THIS CASE.

I AM NOTIFYING THE COURT OF THESE ISSUES AND CONCERNS IN HOPES OF RAISING AWARENESS OF THE INEFFECTIVE COUNSEL BEING PROVIDED ON AN ON-GOING BASIS AND AM HOPING TO AVOID ADDITIONAL DELAYS IN MOVING THIS CASE TO TRIAL.

RESPECTFULLY,

TIM DEFOGGI

ATTACHMENT: INTELLIGENCE PROGRAMS

OFFICIAL USE ONLY
- RESTRICTED ACCESS -

OFFICIAL USE ONLY
— RESTRICTED ACCESS —

INTELLIGENCE PROGRAMS #1

| Program Name | Developed/ Managed By | Type of Intelligence | Agency Coord. and/or Use | Program Classification |
|---|---|---|---|---|
| NICODEMOUS | DEFOGGI | CYBER, HUMAN, SIGNALS | CIA (CIE # 10 c), NCIX, FBI, DOE, DOJ, DOE, NNSA | TOP SECRET SCI (PRODUCTION) SECRET NOFORN (DEVELOPMENT) |
| SECOND SIGHT | DEFOGGI | CYBER, HUMAN, SIGNALS | NSA, DOE, NNSA, FBI (SOME REPORTING THROUGH R.S.) | SECRET NOFORN |
| PICASSO | DEFOGGI/CI | HUMAN | CIA, NCIX, DOE, NNSA | SECRET NOFORN |
| STINGRAY | DEFOGGI/CI | CYBER, HUMAN | DOE, NNSA | SECRET NOFORN |
| FIRE STORM | DEFOGGI/CI | CYBER, HUMAN | DOE, NNSA | SECRET NO FORN |
| CARS | NCIX/DEFOGGI | HUMAN | DOE, NNSA, NCIX | SECRET NOFISEN/TOP SECRET |
| B.L. (ABBR ONLY) #2 | STATE DEPT/DOE & NNSA | HUMAN | STATE DEPT, DOE, NNSA | SECRET NOFORN |
| R.S. (ABBR ONLY) | FBI/DEFOGGI | CYBER, HUMAN | FBI, DOE, NNSA | SECRET NOFORN |
| SILVER SPOON (UNNAMED) | DEFOGGI/CI | CYBER, HUMAN | OOE, NNSA, USIC | SECRET NOFORN |
| (UNNAMED) #2 | DEFOGGI/CIA/ STATE DEPT | HUMAN | STATE DEPT, CIA, USIC | SECRET NO FORN |
| SEVEN ROCKETS #2 | DEFOGGI/OSI STATE DEPT | HUMAN | OSI/DOD | SECRET NO FORN |
| e CLASS #2 | DEFOGGI | HUMAN | STATE DEPT, FBI, DHS, USIC | SENSITIVE BUT UNCLASSIFIED |

#1 CLASSIFIED BRIEFING PREPARED BY DEFOGGI AND CURRENTLY ON FILE WITH THE OFFICE OF INTELLIGENCE AND COUNTERINTELLIGENCE.
#2 NOT COVERED IN #1 BRIEFING SLIDES

OFFICIAL USE ONLY

TIM DEFOGG #1,078
381 N. CHESTNUT ST
WAHOO, NE 68066

OMAHA NE 680
16 DEC 2013 PM 5 T

HONORABLE THOMAS D. THALKEN
US DISTRICT COURT OF NEBRASKA
111 S. 18TH PLAZA
OMAHA, NE 68102