January 9, 2014

Tim DeFoggi #11078
387 N. Chestnut St
Wahoo, NE 68066

RECEIVED
JAN 13 2014
THOMAS D. THALKEN
U.S. MAGISTRATE JUDGE

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
JAN 14 2014
OFFICE OF THE CLERK

Honorable Thomas D. Thalken
US Courthouse
111 South 18th Plaza, Suite 2271
Omaha, NE 68102

RE: Request for Acceptance of Pro Se Communication Under Rule NEGenR 1.3(i), Communication with the Court; Case No 8:13CR105

Dear Judge Thalken,

I am currently at an impass in my continued attempts to obtain a trial status from my attorney, James M. Davis.

As cited in my letter to you of December 12, 2013 I had attempted to obtain a case status through 38 rejected phone calls and 3 unanswered letters to my attorney. Since that time, I sent Mr. Davis a 4th letter of inquiry

DATED JANUARY 2, 2014 AND, OVER THE PAST 48 HOURS, I HAVE ALSO MADE 17 ADDITIONAL ATTEMPTS TO CONTACT HIS OFFICE BY PHONE; ALL OF WHICH WERE DISCONNECTED BY MR. DAVIS' OFFICE.

I UNDERSTAND THE COURT'S PREFERENCE IN LIMITING COMMUNICATIONS TO LEGAL COUNCEL OF RECORD, HOWEVER, I WILL HAVE BEEN INCARCERATED 280 DAYS AS OF JANUARY 21, 2014; 4 TIMES THE STATUTORY LIMIT UNDER THE SPEEDY TRIAL ACT. WHILE I HAVE CONTINUOUSLY ASSERTED MY INTENT TO TAKE THIS TO TRIAL, MY MANY PLEAS HAVE GONE UNHEARD.

AS ALL AVENUES FOR RESOLUTION HAVE BEEN EXHAUSTED, I AM PRAYING THAT THE COURT WILL ACCEPT THIS REQUEST FOR CONSIDERATION AND PROCEED WITH THE SETTING OF A PRETRIAL CONFERENCE DATE AS REQUESTED ON NOVEMBER 6, 2013.

IN SO DOING, IT IS MY HOPE THAT THESE AND OTHER ISSUES MAY BE RESOLVED; ENABLING THIS CASE TO PROCEED TO A JURY TRIAL AT THE EARLIEST POSSIBLE DATE.

RESPECTFULLY SUBMITTED,

TIM DEFOGGI



Tim Dafoe #11078
381 N. Chestnut St
Wahoo NE 68066

Honorable Thomas D. Thalken
US Court House
111 South 18th Plaza, Suite 2271
Omaha NE 68102

681028̄1322