**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:13CR105 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | ENTRY OF APPEARANCE |
| | ) | |
| | ) | |
| TIMOTHY DEFOGGI, | ) | |
| Defendant. | ) | |

COMES NOW Attorney John S. Berry and hereby enters his appearance on behalf of the defendant Timothy Defoggi.

Respectfully submitted,
Timothy Defoggi, Defendant

/s/ John S. Berry
John S. Berry, #22627
BERRY LAW FIRM
2650 North 48th Street
Lincoln, NE 68508
john@jsberrylaw.com
(402) 466-8444

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon Michael Norris, Assistant U.S. Attorney, by electronically serving a copy of the same to him via CM/ECF, on this the 28th day of January, 2014.

/s/ John S. Berry
John S. Berry, #22627