## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:13CR105** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **TIMOTHY DE FOGGI and** | ) | |
| **ZACKARY AUSTIN,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the motion to designate this case as complex (Filing No. 93). Upon consideration, the motion is granted. Pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) this case is determined to be complex due to the nature of the prosecution and novel questions of law and fact so that it would be unreasonable to expect adequate preparation for pretrial proceedings or trial within the time limits of the Speedy Trial Act.

**IT IS SO ORDERED.**

DATED this 20th day of February, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge