IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | Case No. 8:13CR105 |
| Plaintiff, | ) | |
| -vs- | ) | INDEX IN SUPPORT OF DEFENDANT'S MOTION TO SUPPRESS EVIDENCE OBTAINED INTERCEPTION OF ELECTRONIC COMMUNICATION |
| TIMOTHY DEFOGGI, | ) | |
| Defendant. | ) | |

| EXHIBIT NO. | DOCUMENT DESCRIPTION |
|---|---|
| 1 | Affidavit in Support of Application to Intercept Electronic Communications |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

Timothy Defoggi, Defendant

/s/ John S. Berry
John S. Berry, #22627
BERRY LAW FIRM
2650 North 48th Street
Lincoln, NE 68508
john@jsberrylaw.com
(402) 466-8444

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served upon Michael Norris, Assistant U.S. Attorney and Keith A. Becker, U.S. Department of Justice, by electronically serving a copy of the same to both via CM/ECF, on this the 6th day of March, 2014.

                                                  /s/ John S. Berry
                                                John S. Berry, #22627