IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case No. 8:13CR105 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **DEFENDANT'S MOTION TO SEVER** |
| -vs- | ) | |
| | ) | |
| | ) | |
| **TIMOTHY DEFOGGI,** | ) | |
| | ) | |
| **Defendant.** | ) | |

COMES NOW the Defendant, by and through counsel, and hereby moves the Court for an Order severing his case from any other defendants and granting him a separate trial on all charges. In support of this Motion, the Defendant asserts the following:

1. The government has not produced or alleged any evidence indicating that there was any interaction between the Defendant and his co-defendant.

2. The government has not alleged any evidence that the defendants participated in the same series of acts or transactions. There is no connection, criminal or otherwise, between the co-defendants beyond alleged use of a website.

3. The government has not alleged any evidence that the defendants in this case engaged in a joint enterprise or assisted each other in any of the offenses alleged.

4. The joinder of any other defendants is unfairly prejudicial to the Defendant and would deprive him of a fair trial.

WHEREFORE, the Defendant moves the Court to sever his case from any co-defendants and grant him a separate trial herein.

Respectfully submitted,
Timothy Defoggi, Defendant

/s/ John S. Berry
John S. Berry, #22627
BERRY LAW FIRM
2650 North 48th Street
Lincoln, NE 68508
john@jsberrylaw.com
(402) 466-8444

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon Michael Norris, Assistant U.S. Attorney and Keith A. Becker, U.S. Department of Justice, by electronically serving a copy of the same to both via CM/ECF, on this the 6th day of March, 2014.

/s/ John S. Berry
John S. Berry, #22627