## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Case No. 8:13CR105** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **-vs-** | ) | **MOTION FOR ADDITIONAL** |
| | ) | **DISCOVERY** |
| | ) | |
| | ) | |
| **TIMOTHY DEFOGGI,** | ) | |
| **Defendant.** | ) | |

COMES NOW Defendant, by and through counsel, pursuant to <u>Fed. R. Crim. P Rule 16 (a)</u> and hereby moves this Court for an order permitting the Defendant to inspect, copy and/or photograph the following items for the above captioned matter:

1.      Electronic copy of the four USB thumb drives seized from Defendant's residence on April 9, 2013, with forensic analysis and evaluation and report of the existence of malware, as follows:

      a.      4 GB thumb drive, silver;

      b.      8 GB thumb drive, black;

      c.      2 GB thumb drive, black; and

     d.    1 GB thumb drive, black;

2.    Five CDs labeled Dale's Porn;

3.    Dell laptop computer;

4.    Identification of computers, laptops and/or tables that utilized user access restrictions;

5.    Photocopy of the U.S. Government's Identification cards seized on an AO 93, FD 886 of FD597;

6.    Scif access ID badge bearing photo and Sci access colors; and

7.    Copy of all supplemental items as identified on form AO 93.

Respectfully submitted,
Timothy Defoggi, Defendant

/s/ John S. Berry
John S. Berry, #22627
BERRY LAW FIRM
2650 North 48th Street
Lincoln, NE 68508
john@jsberrylaw.com
(402) 466-8444

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon Michael Norris, Assistant U.S. Attorney and Keith A. Becker, U.S. Department of Justice, by electronically serving a copy of the same to both via CM/ECF, on this the 6th day of March, 2014.

/s/ John S. Berry
John S. Berry, #22627

2