# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Case No. 8:13CR105** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **INDEX IN SUPPORT OF** |
| | ) | **DEFENDANT'S MOTION TO** |
| **-vs-** | ) | **SUPPRESS EVIDENCE OBTAINED** |
| | ) | **THROUGH SEARCH OF** |
| | ) | **DEFENDANT'S HOUSE** |
| | ) | |
| | ) | |
| **TIMOTHY DEFOGGI,** | ) | |
| **Defendant.** | ) | |

| EXHIBIT NO. | DOCUMENT DESCRIPTION |
|---|---|
| 1 | Affidavit in Support of Warrant |
| 2 | Affidavit from Justin Kalemkiarian |
| 3 | Screenshot of Myspace user # 399710447 |
| 4 | |
| 5 | |
| 6 | |

Timothy Defoggi, Defendant

/s/ John S. Berry
John S. Berry, #22627
BERRY LAW FIRM
2650 North 48th Street
Lincoln, NE 68508
john@jsberrylaw.com
(402) 466-8444

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon Michael Norris, Assistant U.S. Attorney and Keith A. Becker, U.S. Department of Justice, by electronically serving a copy of the same to both via CM/ECF, on this the 6th day of March, 2014.

/s/ John S. Berry
John S. Berry, #22627