**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case No. 8:13CR105 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| -vs- | ) | **MOTION TO WITHDRAW** |
| | ) | **FILINGS 100 AND 101** |
| | ) | |
| | ) | |
| **TIMOTHY DEFOGGI,** | ) | |
| **Defendant.** | ) | |

COMES NOW Defendant, by and through counsel, and hereby moves this Court for an order permitting the Defendant to withdraw filings 100 and 101 as they were inadvertently filed in this matter on March 6, 2014.

                                                Respectfully submitted,
                                                Timothy Defoggi, Defendant

                                                /s/ John S. Berry
                                                John S. Berry, #22627
                                                BERRY LAW FIRM
                                                2650 North 48th Street
                                                Lincoln, NE 68508
                                                john@jsberrylaw.com
                                                (402) 466-8444

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing was served upon Michael Norris, Assistant U.S. Attorney and Keith A. Becker, U.S. Department of Justice, by electronically serving a copy of the same to both via CM/ECF, on this the 7th day of March, 2014.

                /s/ John S. Berry
                John S. Berry, #22627