IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRAKSA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:13CR105 |
| Plaintiff, | ) | |
| vs. | ) | CERTIFICE OF SERVICE |
| | ) | |
| TIMOTHY DEFOGGI, | ) | |
| a/k/a fuckchrist, | ) | |
| a/k/a ptasseater, | ) | |
| | ) | |
| Defendant. | ) | |

I, the undersigned, do hereby certify that on March 13, 2014, I electronically filed the Government's Opposition to Defendant's Motion for Additional Discovery with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the counsel of record.

By:   *s/Michael P. Norris*
MICHAEL P. NORRIS
Assistant United States Attorney
1620 Dodge Street, Ste. 1400
Omaha, NE 68102-1506
(402) 661-3700