IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:13CR105 |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| TIMOTHY DEFOGGI, | ) | MOTION TO SEAL |
| a/k/a fuckchrist | ) | |
| a/k/a ptasseater | ) | |
| Defendant. | ) | |

COMES NOW the Plaintiff, the United States of America, pursuant to NECrimR 12.4 and moves the Court to allow the government to file under seal its Index of Evidence filed in support of the Government's Opposition in Response to Defendant's Motion to Suppress Evidence Obtained Through Search of Defendant's House.

      UNITED STATES OF AMERICA

      DEBORAH R. GILG
      United States Attorney
      District of Nebraska

By:   *s/Michael P. Norris*
      MICHAEL P. NORRIS (#17765)
      Assistant United States Attorney
      1620 Dodge Street, Suite 1400
      Omaha, Nebraska  68102
      (402) 661-3700

CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the counsel of record.

      *s/Michael P. Norris*
      MICHAEL P. NORRIS
      ASSISTANT U.S. ATTORNEY