# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:13CR105 |
| vs. | ) | ORDER |
| TIMOTHY DE FOGGI | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Timothy DeFoggi (DeFoggi) for a modification of his detention order (Filing No. 127).  DeFoggi represents his mother died and the funeral is in Florida.  DeFoggi seeks release to attend the funeral.  The court heard the matter at an omnibus hearing on March 25, 2014.

To the extent DeFoggi seeks a furlough from detention so as to attend his mother's funeral, the motion is denied.

However, DeFoggi will be allowed to leave his detention facility for a private viewing if accompanied by U.S. Marshals.  DeFoggi must advance such funds for his own transportation and per diem together with such sums needed for the transportation and per diem of any number of marshals as designated by the U.S. Marshal and under such conditions as designated by the U.S. Marshal to escort DeFoggi to and from the private viewing.

**IT IS SO ORDERED.**

DATED this 25th day of March, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge