IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

TIMOTHY DEFOGGI,

        Defendant.

**EXHIBIT LIST**

Case No.    8:13CR105
Deputy:     Mary Beth McFarland
Reporter:   Digital Recorder
Date:       March 25, 2014

| PLF | DFT | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | | | Letter to Deborah Gilg (SEALED) | X | | X | | 03/25/14 |
| A | | | Certified wiretap application (SEALED) | X | | X | | 03/25/14 |
| 2 | | | PedoBook private messages | X | | X | | 03/25/14 |
| 3 | | | Pagefile messages | X | | X | | 03/25/14 |
| 4 | | | iMGSRC comments | X | | X | | 03/25/14 |
| 5 | | | Chart (deomonstrative only) | | | | | |
| 6 | | | PedoBook rules | X | | X | | 03/25/14 |

    OBJECTIONS
        R: Relevancy
        H: Hearsay
        A: Authenticity
        O: Other (specify)