# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | **8:13CR105** |
| vs. | |
| **TIMOTHY DE FOGGI,** | **ORDER** |
| Defendant. | |

This matter is before the court on the defendant Timothy DeFoggi's (DeFoggi) Motion for Additional Discovery (Filing No. 104) and Amended Motion for Independent Review of Internet and Computer-Related Evidence (Filing No. 110). The court held a hearing on the defendant's motions on March 25, 2014. During the hearing, counsel for the defendant stated he would like to have an opportunity to engage the services of an expert witness who may clear up the issues raised in these motions. Counsel for the defendant sought leave to raise any unresolved issues at a later date. Based on the representations made during the hearing, the court denied DeFoggi's Motion for Additional Discovery without prejudice. Additionally, the court granted the motion for independent review to allow DeFoggi thirty days to engage a witness to prepare an expert report and submit the appropriate CJA 21 form.

**IT IS ORDERED**:

1. DeFoggi's Motion for Additional Discovery (Filing No. 104) is denied, without prejudice.

2. DeFoggi's Amended Motion for Independent Review of Internet and Computer-Related Evidence (Filing No. 110) is granted as set forth above.

Dated this 2nd day of May, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge