**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:13CR105 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | MOTION TO COMPEL |
| TIMOTHY DEFOGGI, | ) | |
| Defendant. | ) | |

COMES NOW defendant, by and through his attorney John S. Berry and joins in his co-defendant's Motion to Compel and Request for Hearing (Filing 150).

Furthermore, the defendant has previously filed a Motion to Dismiss based on the amount of time it has taken to get his case to trial and believes the failure to grant the Motion to Compel could result in additional delay.

Respectfully submitted,
Timothy Defoggi, Defendant

/s/ John S. Berry
John S. Berry, #22627
BERRY LAW FIRM
2650 North 48th Street
Lincoln, NE 68508
john@jsberrylaw.com
(402) 466-8444

## CERTIFICATE OF SERVICE

 I hereby certify that a copy of the foregoing was served upon Michael Norris, Assistant U.S. Attorney and Keith A. Becker, U.S. Department of Justice, by electronically serving a copy of the same to both via CM/ECF, on this the 11th day of June, 2014.

              /s/ John S. Berry
              John S. Berry, #22627