# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case No. 8:13CR105 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| -vs- | ) | **MOTION TO FILE UNDER SEAL** |
| | ) | |
| **TIMOTHY DEFOGGI,** | ) | |
| **Defendant.** | ) | |

COMES NOW attorney for Defendant and respectfully requests this Honorable Court allow him to file Defendant's Motion for Miscellaneous Relief under seal as it contains information that should not be released to the public.

> Respectfully submitted,
> Timothy Defoggi, Defendant
>
> /s/ John S. Berry
> John S. Berry, #22627
> BERRY LAW FIRM
> 2650 North 48th Street
> Lincoln, NE 68508
> john@jsberrylaw.com
> (402) 466-8444

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon Michael Norris, Assistant U.S. Attorney and Keith A. Becker, U.S. Department of Justice, by electronically serving a copy of the same to both via CM/ECF, on this the 17th day of June, 2014.

/s/ John S. Berry
John S. Berry, #22627