# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | 8:13CR105 |
| vs. | ) | ORDER |
| **TIMOTHY DE FOGGI,** | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of defendant Timothy DeFoggi (DeFoggi) for miscellaneous relief (Filing No. 154 - Sealed). The court has received a report from the U.S. Marshal concerning DeFoggi's medical care while in detention. The court has provided a copy of the report to counsel for the United States and DeFoggi. The report will be filed and sealed. The court finds DeFoggi is receiving adequate medical attention. The motion (Filing No. 154 - Sealed) is denied.

**IT IS SO ORDERED.**

DATED this 24th day of June, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge