IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:13CR105 |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **TIMOTHY DE FOGGI**, | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the motion of defendant Timothy DeFoggi (DeFoggi) for an extension of time to file objections to magistrate's findings (Filing No. 172). The motion is granted and DeFoggi shall have **to on or before July 25, 2014**, in which to file objections to the Findings and Recommendation (Filing No. 168) on DeFoggi's motion to dismiss (Filing No. 138).

**IT IS SO ORDERED.**

DATED this 10th day of July, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge