## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:13CR105 |
| vs. | ) | ORDER |
| TIMOTHY DE FOGGI, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Timothy DeFoggi (DeFoggi) to allow civilian clothing (Filing No. 181). The motion is granted to the extent DeFoggi shall appear for trial in civilian clothing. Such apparel to be provided to the U.S. Marshal for trial or advance notification to the U.S. Marshal that civilian clothing will be required from the U.S. Marshal's inventory of civilian clothing.

**IT IS SO ORDERED.**

DATED this 1st day of August, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge