## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case No. 8:13CR105 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| -vs- | ) | **ENTRY OF APPEARANCE** |
| | ) | |
| **TIMOTHY DEFOGGI,** | ) | |
| **Defendant.** | ) | |

COMES NOW Attorney Justin B. Kalemkiarian and hereby enters his appearance, as co-counsel to John S. Berry, on behalf of the defendant Timothy Defoggi.

Respectfully submitted,
Timothy Defoggi, Defendant

/s/ Justin B. Kalemkiarian
Justin B. Kalemkiarian, #25415
BERRY LAW FIRM
2650 North 48th Street
Lincoln, NE 68508
justin@jsberrylaw.com
(402) 466-8444

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon Michael Norris, Assistant U.S. Attorney, by electronically serving a copy of the same to him via CM/ECF, on this the 6th day of August, 2014.

/s/ Justin B. Kalemkiarian
Justin B. Kalemkiarian, #25415