# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:13CR105** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **REASSIGNMENT** |
| v. | ) | **ORDER** |
| | ) | |
| **TIMOTHY DE FOGGI,** | ) | |
| | ) | |
| **Defendant.** | ) | |

IT IS ORDERED that, in the interest of judicial economy, this case is reassigned to the undersigned for disposition and remains assigned to Magistrate Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters.

DATED this 12th day of August, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge