## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:13CR105** |
| vs. | ) | |
| | ) | **AMENDED ORDER** |
| TIMOTHY DeFOGGI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

In accordance with the Reassignment Order [192] entered on August, 12, 2014,

**IT IS ORDERED**:

1.      The above-entitled case is scheduled for a jury trial before the Honorable Laurie Smith Camp, District Court Judge, to begin **Tuesday, August 19, 2014 at 9:00 a.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska; because this is a criminal case, defendant(s) must be present in person. Counsel will receive more specific information regarding the order of trial from Judge Smith Camp's staff.

2.      Any motions for a continuance of this trial date shall be electronically filed on or before **August 14, 2014** and shall (a) set forth the reasons why the moving party believes that the additional time should be allowed and (b) justify the additional time, *citing specific references to the appropriate section(s) of the Speedy Trial Act, 18 U.S.C. § 3161 et seq.* Any defense motion for continuance shall be accompanied by a written affidavit signed by the defendant in accordance with NECrimR 12.1.

        **DATED August 12, 2014.**

                        **BY THE COURT**

                        **s/ F.A. Gossett**
                        **United States Magistrate Judge**