IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) 8:13CR105 |
| | ) |
| vs. | ) NOTICE OF GOVERNMENT'S |
| | ) WITNESS LIST |
| TIMOTHY DEFOGGI, | ) |
| Defendant. | ) |

COMES NOW the United States of America and states that it may call the following witnesses in the presentation of its case-in-chief.

1. SA Jeffrey D. Tarpinian - FBI Omaha
2. SA Patricia J. Teakle - FBI Baltimore
3. SA Jacqueline Dougher - FBI Baltimore
4. SA Elizabeth A. Weiland – FBI-HQ
5. Ray C. Hsu - DARC Forensic Examiner
6. SA Steven A. Smith Jr. – FBI-HQ
7. SSA P. Michael Gordon – FBI-HQ
8. Robert Webber - Omaha FBI CART
9. Matthew R. Grant - Omaha FBI Computer Scientist
10. Kevin Smith (TFO) - Baltimore County Police Department
11. Sergeant Dennis Cary - Washoe County Sheriff's Office
12. Jimmy Dale Bounds - Germantown, MD
13. Christopher Lee Casto - Germantown, MD
14. SA Alex Hernandez - Health and Human Services - OIG
15. Pavel Stepashkin
16. Vicki L. Jarchow – Court Reporter
17. Dean Clarke – Physical Security Specialist

Respectfully submitted,

DEBORAH R. GILG
United States Attorney

By: MICHAEL P. NORRIS (#17765)
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700

1

## **CERTIFICATE OF SERVICE**

      I, the undersigned, do hereby certify that on August 14, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the counsel of record.

                                            *s/ Michael P. Norris*
                                            MICHAEL P. NORRIS
                                            Assistant U.S. Attorney