IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff(s), | ) | |
| | ) | AMENDED LIST OF EXHIBITS |
| v. | ) | |
| | ) | Case Number:   8:13CR105 |
| TIMOTHY DEFOGGI, | ) | Courtroom Deputy: |
| Defendant. | ) | Court Reporter: |

Trial Date(s):  August 19, 2014 -

| EXHIBIT NUMBER PL  DF  3PTY | DESCRIPTION | OFFER | OBJ | REC'D | NOT REC'D | DATE |
|---|---|---|---|---|---|---|
| 1 | PedoBook home page and tabs | | | | | |
| 2 | Fuckchrist/PTasseater PedoBook screen shots | | | | | |
| 3 | Fuckchrist/PTasseater PedoBook group page screen shots | | | | | |
| 4 | Fuckchrist/PTasseater PedoBook private message screen shots | | | | | |
| 5 | Fuckchrist/PTasseater PedoBook user activity (11/19-12/8) | | | | | |
| 5 A | Fuckchrist/PTasseater PedoBook user activity 11/21 | | | | | |
| 5 B | Fuckchrist/PTasseater PedoBook user activity 11/26 | | | | | |
| 5 C | Fuckchrist/PTasseater PedoBook user activity 12/4 | | | | | |
| 5 D | Fuckchrist/PTasseater PedoBook user activity 12/8 | | | | | |
| 6 A | November 21, 2012 screen shots | | | | | |
| 6 B | November 26, 2012 screen shots | | | | | |
| 6 C | December 4, 2012 screen shots | | | | | |
| 6 D | December 8, 2012 screen shots | | | | | |
| 7 | Fuckchrist/PTasseater PedoBook user information and annotations | | | | | |
| 8 | Fuckchrist/PTasseater PedoBook user collections/groups | | | | | |
| 9 | Fuckchrist/PTasseater PedoBook private messages (all) | | | | | |
| 9A | Fuckchrist/PTasseater PedoBook private messages | | | | | |

|    |    |    |    |    |    |    |    |
|----|----|----|----|----|----|----|----|
|    |    | (sent only) |    |    |    |    |    |
| 10 |    | Private Messages and E-mails exchanged with undercover agent |    |    |    |    |    |
| 11 |    | Profile page – PedoBook user noonewillknow321/TdlrLuvr |    |    |    |    |    |
| 12 |    | PTasseater user activity – www.imgsrc.ru |    |    |    |    |    |
| 13 |    | PTasseater user profile and posts - www.dickflash.com |    |    |    |    |    |
| 14 |    | Subscriber and IP information, ptasseater, AOL.inc. |    |    |    |    |    |
| 15 |    | Subscriber and IP information, Verizon Internet |    |    |    |    |    |
| 16 |    | Subscriber and IP information, Verizon Internet |    |    |    |    |    |
| 17 |    | Photos of laptop computer at defendant's residence |    |    |    |    |    |
| 18 |    | Photo living room |    |    |    |    |    |
| 19 |    | Photo living room kitchen |    |    |    |    |    |
| 20 |    | Photo stairs |    |    |    |    |    |
| 21 |    | Photo master bedroom |    |    |    |    |    |
| 22 |    | Photo master bedroom |    |    |    |    |    |
| 23 |    | Photo stairs to basement |    |    |    |    |    |
| 24 |    | Photo stairs to basement |    |    |    |    |    |
| 25 |    | Photo basement couch |    |    |    |    |    |
| 26 |    | Photo basement couch |    |    |    |    |    |
| 27 |    | Photo basement |    |    |    |    |    |
| 28 |    | Photo car |    |    |    |    |    |
| 29 |    | Photo basement desktop and flash drives |    |    |    |    |    |
| 30 |    | Photo basement tv stand |    |    |    |    |    |
| 31 |    | Photo living room |    |    |    |    |    |
| 32 |    | Photo living room |    |    |    |    |    |
| 33 |    | Photo dining room |    |    |    |    |    |
| 34 |    | Photo dining room |    |    |    |    |    |
| 35 |    | Photo basement stairs |    |    |    |    |    |
| 36 |    | Photo basement landing |    |    |    |    |    |
| 37 |    | Photo basement near stairs |    |    |    |    |    |
| 38 |    | Photo basement tv and couch |    |    |    |    |    |
| 39 |    | Photo basement |    |    |    |    |    |
| 40 |    | Photo Verizon bill |    |    |    |    |    |
| 41 |    | Photo Verizon bill |    |    |    |    |    |
| 42 |    | Photo house exterior |    |    |    |    |    |
| 43 |    | NIST local and daylight times (judicial notice) |    |    |    |    |    |
| 44 |    | Transcript of defendant's testimony from July 11, 2013, bond hearing (redacted) |    |    |    |    |    |
| 45 |    | Photo running laptop download |    |    |    |    |    |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 46 | | Photo download on laptop closeup | | | | | |
| 47 | | ss.mp4 video (CD) | | | | | |
| 48 | | Image of laptop hard drive (physical) | | | | | |
| 49 | | Registry report- software | | | | | |
| 50 | | Registry report – user account info | | | | | |
| 51 | | Registry report – NT user | | | | | |
| 52 | | Graphics – CEM – laptop | | | | | |
| 53 | | Graphics – CEM – toddler – laptop | | | | | |
| 54 | | Browser activity | | | | | |
| 54A | | .onion site names from browser activity | | | | | |
| 55 | | PedoBoard – browser activity URLs | | | | | |
| 56 | | PedoBook – browser activity URLs | | | | | |
| 57 | | OPVA – browser activity URLs | | | | | |
| 58 | | Hidden Wiki | | | | | |
| 59 | | Parsed search queries | | | | | |
| 60 | | Fuckchrist string search | | | | | |
| 61 | | Messages in pagefile | | | | | |
| 62 | | Firefox bookmarks | | | | | |
| 63 | | Prefetch | | | | | |
| 64 | | OPVA homepage | | | | | |
| 65 | | Electronic keycard access records | | | | | |
| 66 | | Plea Agreement – Charles MacMillan | | | | | |
| 67 | | CCleaner screen shot | | | | | |
| 68 | | PedoBook screen shot – McGrath | | | | | |
| 69 | | PedoBook stats | | | | | |
| 70 | | Imgsrc.ru screen shots | | | | | |
| 71 | | ASUS Laptop (physical) | | | | | |
| 72 | | E-Machines desktop (physical) | | | | | |
| 73 | | PNY Flash Drive (physical) | | | | | |
| | | | | | | | |
| | | | | | | | |

*OBJECTIONS

R: Relevancy
H: Hearsay
A: Authentication
O: Other (Specify)

**CERTIFICATE OF SERVICE**

    I, the undersigned, do hereby certify that on August 18, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the counsel of record.

                                      s/Michael P. Norris  
                                      MICHAEL P. NORRIS (#17765)  
                                      Assistant U.S. Attorney