AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

FILED
DISTRICT COURT
DISTRICT OF NEBRASKA

14 AUG 19 PM 2: 12

OFFICE OF THE CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| Timothy Defoggi | ) Case No. 8:13 CR 105 |
| | ) |
| Defendant | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Dan Bright
      c/o e-Management
      1010 Wayne Ave
      Silver Spring, MD 20910

   YOU ARE COMMANDED to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Roman L. Hruska Federal Courthouse<br>111 South 18th Plaza,<br>Omaha, NE 68102 | Courtroom No.: 3 |
|---|---|---|
| | | Date and Time: 08/20/2014 9:00 am |

   You must also bring with you the following documents, electronically stored information, or objects (blank if not applicable):
Any documents, electronically stored information, or objects you possess pertaining to Mr. Defoggi's use of the TOR network and/or conversations between you and Mr. Defoggi pertaining to use of the TOR network.

(SEAL)

Date: 7/29/2014

CLERK OF COURT

*Gale Toney*
Signature of Clerk or Deputy Clerk

---

The name, address, e-mail, and telephone number of the attorney representing (name of party)   Timothy Defoggi
, who requests this subpoena, are:

John S. Berry
Berry Law Firm
2650 N. 48th St.
Lincoln, NE 68504
Tel: 402.466.8444
Email: john@jsberrylaw.com

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 8:13 CR 105

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Dan Bright
was received by me on *(date)* 8/12/14.

☒ I served the subpoena by delivering a copy to the named person as follows: Marilyn Brown / Senior HR Consultant
on *(date)* 8/12/14 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/12/14

_____
*Server's signature*

James Curry DUSM
*Printed name and title*

6500 Cherrywood Ln Suite 170
Greenbelt, MD 20770
*Server's address*

Additional information regarding attempted service, etc:

The Director of Human Resources is Ivy Allen and can be reached at (301) 565-2988 if further information is needed.