IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

TIMOTHY DEFOGGI,

Defendant.

**EXHIBIT LIST**

Case No. 8:13CR105

Deputy: Gale Gomez and Kathy Griess

Reporter: Brenda Fauber

Dates: August 19-22, and 26, 2014

| PLF | DFT | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | | | PedoBook home page and tabs | X | R | X | | 8/19/2014 |
| 2 | | | Fuckchrist/PTasseater PedoBook screen shots | X | R | X | | 8/19/2014 |
| 3 | | | Fuckchrist/PTasseater PedoBook group page screen shots | X | R | X | | 8/19/2014 |
| 4 | | | Fuckchrist/PTasseater PedoBook private message screen shots | X | R | X | | 8/19/2014 |
| 5 | | | Fuckchrist/PTasseater PedoBook user activity (11/19-12/8) | X | R | X | | 8/19/2014 |
| 5A | | | Fuckchrist/PTasseater PedoBook user activity 11/21 | X | R | X | | 8/19/2014 |
| 5B | | | Fuckchrist/PTasseater PedoBook user activity 11/26 | X | R | X | | 8/19/2014 |
| 5C | | | Fuckchrist/PTasseater PedoBook user activity 12/4 | X | R | X | | 8/19/2014 |
| 5D | | | Fuckchrist/PTasseater PedoBook user activity 12/8 | X | R | X | | 8/19/2014 |
| 6A | | | November 21, 2012 screen shots | X | R | X | | 8/19/2014 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6B | | | November 26, 2012 screen shots | X | R | X | | 8/19/2014 |
| 6C | | | December 4, 2012 screen shots | X | R | X | | 8/19/2014 |
| 6D | | | December 8, 2012 screen shots | X | R | X | | 8/19/2014 |
| 7 | | | Fuckchrist/PTasseater PedoBook user information and annotations | X | R | X | | 8/19/2014 |
| 8 | | | Fuckchrist/PTasseater PedoBook user collections/groups | X | R | X | | 8/19/2014 |
| 9 | | | Fuckchrist/PTasseater PedoBook private messages (all) | X | R | X | | 8/19/2014 |
| 9A | | | Fuckchrist/PTasseater PedoBook private messages | X | R | X | | 8/19/2014 |
| 10 | | | Private Messages and E-mails exchanged with undercover agent | X | R | X | | 8/20/2014 |
| 11 | | | Profile page – PedoBook user noonewillknow321/TdlrLuvr | X | R | X | | 8/19/2014 |
| 12 | | | PTasseater user activity – www.imgsrc.ru | X | R | X | | 8/20/2014 |
| 13 | | | PTasseater user profile and posts - www.dickflash.com | | | | | |
| 14 | | | Subscriber and IP information, ptasseater, AOL.inc. | X | R | X | | 8/20/2014 |
| 15 | | | Subscriber and IP information, Verizon Internet | X | R | X | | 8/20/2014 |
| 16 | | | Subscriber and IP information, Verizon Internet | X | R | X | | 8/20/2014 |
| 17 | | | Photos of laptop computer at defendant's residence | X | R | X | | 8/20/2014 |
| 18 | | | Photo living room | X | | X | | 8/20/2014 |
| 19 | | | Photo living room kitchen | X | | X | | 8/20/2014 |
| 20 | | | Photo stairs | | | | | |
| 21 | | | Photo master bedroom | X | | X | | 8/20/2014 |
| 22 | | | Photo master bedroom | X | | X | | 8/20/2014 |
| 23 | | | Photo stairs to basement | | | | | |
| 24 | | | Photo stairs to basement | X | | X | | 8/20/2014 |
| 25 | | | Photo basement couch | X | | X | | 8/20/2014 |
| 26 | | | Photo basement couch | X | | X | | 8/20/2014 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 27 | | | Photo basement | X | | X | | 8/20/2014 |
| 28 | | | Photo car | | | | | |
| 29 | | | Photo basement desktop and flash drives | | | | | |
| 30 | | | Photo basement tv stand | | | | | |
| 31 | | | Photo living room | X | | X | | 8/20/2014 |
| 32 | | | Photo living room | X | | X | | 8/20/2014 |
| 33 | | | Photo dining room | X | | X | | 8/20/2014 |
| 34 | | | Photo dining room | | | | | |
| 35 | | | Photo basement stairs | X | | X | | 8/20/2014 |
| 36 | | | Photo basement landing | X | | X | | 8/20/2014 |
| 37 | | | Photo basement near stairs | | | | | |
| 38 | | | Photo basement tv and couch | | | | | |
| 39 | | | Photo basement | | | | | |
| 40 | | | Photo Verizon bill | | | | | |
| 41 | | | Photo Verizon bill | | | | | |
| 42 | | | Photo house exterior | X | | X | | 8/20/2014 |
| 43 | | | NIST local and daylight times (judicial notice) | X | | X | | 8/21/2014 |
| 44 | | | Transcript of defendant’s testimony from July 11, 2013, bond hearing (redacted) | X | R | X | | 8/21/2014 |
| 45 | | | Photo running laptop download | X | R | X | | 8/20/2014 |
| 46 | | | Photo download on laptop close-up | X | R | X | | 8/20/2014 |
| 47 | | | ss.mp4 video (CD) (Redacted – Still shorts only to Jury) | X | R | X | | 8/21/2014 |
| 47A-F | | | Photographs | X | | X | | 8/21/2014 |
| 48 | | | Image of laptop hard drive (physical) | X | R | X | | 8/21/2014 |
| 49 | | | Registry report- software | X | R | X | | 8/21/2014 |
| 50 | | | Registry report – user account info | X | R | X | | 8/21/2014 |
| 51 | | | Registry report – NT user | X | R | X | | 8/21/2014 |
| 52 | | | Graphics – CEM – laptop (REDACTED) | X | R | X | | 8/21/2014 |
| 53 | | | Graphics – CEM – toddler – laptop | X | R | X | | 8/21/2014 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 54 | | | Browser activity | X | | X | | 8/20/2014 |
| 54A | | | .onion site names from browser activity | X | | X | | 8/20/2014 |
| 55 | | | PedoBoard – browser activity URLs | | | | | |
| 56 | | | PedoBook – browser activity URLs | X | R | X | | 8/21/2014 |
| 57 | | | OPVA – browser activity URLs | X | R | X | | 8/21/2014 |
| 58 | | | Hidden Wiki | X | R | X | | 8/21/2014 |
| 59 | | | Parsed search queries | X | R | X | | 8/21/2014 |
| 60 | | | Fuckchrist string search | X | R | X | | 8/21/2014 |
| 61 | | | Messages in pagefile | X | R | X | | 8/21/2014 |
| 62 | | | Firefox bookmarks | X | R | X | | 8/21/2014 |
| 63 | | | Prefetch | X | R | X | | 8/21/2014 |
| 64 | | | OPVA homepage | X | | X | | 8/20/2014 |
| 65 | | | Electronic keycard access records | X | | X | | 8/20/2014 |
| 66 | | | Plea Agreement – Charles MacMillan | X | | X | | 8/20/2014 |
| 67 | | | CCleaner screen shot | | | | | |
| 68 | | | PedoBook screen shot – McGrath | X | R | X | | 8/19/2014 |
| 69 | | | PedoBook stats | X | R | X | | 8/19/2014 |
| 70 | | | Imgsrc.ru screen shots | X | R | X | | 8/20/2014 |
| 71 | | | ASUS Laptop (physical) | X | R | X | | 8/21/2014 |
| 72 | | | E-Machines desktop (physical) | | | | | |
| 73 | | | PNY Flash Drive (physical) | | | | | |
| 74 | | | Picture – Omaha | X | | X | | 8/19/2014 |
| 75 | | | Picture of outside of perigon-Bellevue | X | | X | | 8/19/2014 |
| 76 | | | Stipulated Agreement | X | | X | | 8/19/2014 |
| 77 | | | Stipulated Agreement | X | | X | | 8/20/2014 |
| 78 | | | Stipulated Agreement | X | | X | | 8/20/2014 |
| 79 | | | Stipulated Agreement | X | | X | | 8/20/2014 |
| 80 | | | E-mail from Michael Norris **NOT TO JURORS** | X | | X | | 8/21/2014 |
| 81 | | | Report of Examination **NOT TO JURORS** | X | | X | | 8/21/2014 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 82 | | | Letter to James Martin Davis from Michael Norris **NOT TO JURORS** | X | | X | | 8/21/2014 |
| 83 | | | Letter to James Martin Davis from Michael Norris **NOT TO JURORS** | X | | X | | 8/21/2014 |
| 84 | | | E-mail from Keith Becker to John Berry **NOT TO JURORS** | X | | X | | 8/21/2014 |
| | | | | | | | | |
| | 201 | | Timothy Defoggi's CV | X | | X | | 8/22/2014 |
| | 202 | | Letter of Appreciation (LOA)-Seven Rockets | | | | | |
| | 203 | | Source Statistics-OSI | | | | | |
| | 204 | | LOA-OSI | | | | | |
| | 205 | | Letter of Congratulations-OSI | | | | | |
| | 206 | | LOA-Military Detail | | | | | |
| | 207 | | Honor Graduate-Military Intelligence | | | | | |
| | 208 | | Cash Award-US Treasury | | | | | |
| | 209 | | Cash Award-US Treasury | | | | | |
| | 210 | | Certificate of Award-US Treasury | | | | | |
| | 211 | | COA-US Treasury | | | | | |
| | 212 | | COA-US Treasury | | | | | |
| | 213 | | COA-US Treasury | | | | | |
| | 214 | | LOA-State Dept., FBI | | | | | |
| | 215 | | LOA-State Dept.-Hurricane Katrina | | | | | |
| | 216 | | Certificate of Appreciation-State Dept. Tsunami Task Force | | | | | |
| | 217 | | Certificate of Performance-State Dept. | | | | | |
| | 218 | | FCC Council-2 Year Term Appointment | | | | | |
| | 219 | | Discharge-US Air Force | | | | | |
| | 220 | | Discharge-US Army | | | | | |
| | 221 | | SF 50-State Dept. To Office of Intelligence & Counterintelligence | | | | | |
| | 222 | | Certification-Security Plus | X | | X | | 8/22/2014 |
| | 223 | | Certification-Microsoft Certified | X | | X | | 8/22/2014 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 224 | | Certification-Microsoft Certified Systems Engineer (MCSE) 2003 | X | | X | | 8/22/2014 |
| | 225 | | Certification-Microsoft Certified Systems Engineer (MCSA) 2003 | X | | X | | 8/22/2014 |
| | 226 | | Certification-MCSE 2000 | X | | X | | 8/22/2014 |
| | 227 | | Certification-MCSE NT4 | X | | X | | 8/22/2014 |
| | 228 | | Certification-Microsoft Certified Professional, NT 4 | X | | X | | 8/22/2014 |
| | 229 | | Certification-Cisco Certified Network Professional | X | | X | | 8/22/2014 |
| | 230 | | Certification-Cisco Certified Network Associate | X | | X | | 8/22/2014 |
| | 231 | | Certification-Certified Novell Instructor | X | | X | | 8/22/2014 |
| | 232 | | Certification-Certified Novell Engineer (CNE), Netware 4 | X | | X | | 8/22/2014 |
| | 233 | | Certification-Certified Novell Administrator (CNA), Intranetware | X | | X | | 8/22/2014 |
| | 234 | | Certification-CNA, Netware 4 | X | | X | | 8/22/2014 |
| | 235 | | Certification-CNE, Netware 3x | X | | X | | 8/22/2014 |
| | 236 | | Certification-CNA, Netware 3x | X | | X | | 8/22/2014 |
| | 237 | | Certification-Federal Contracting Officer Representative | X | R | X | | 8/22/2014 |
| | 238 | | Course-National Intelligence University, Research, Development, and Architecture | X | | X | | 8/22/2014 |
| | 239 | | Course-Counterintelligence Directorate, Nuclear Technology For Counterintelligence | X | | X | | 8/22/2014 |
| | 240 | | Course-Special Investigators Academy | | | | | |
| | 241 | | Course-Counter-Terrorist Driving | | | | | |
| | 242 | | Course-Implementing and Administering Microsoft Windows 2000 | | | | | |
| | 243 | | Course-Implementing and Supporting Microsoft Windows XP | | | | | |
| | 244 | | Course-2003 MCSE Upgrade | | | | | |
| | 245 | | Course-Windows 2000 Boot Camp | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 246 | | Course-Installing and Administering Windows NT5 (Windows 2000) | | | | | |
| | 247 | | Course-Administering Microsoft Windows NT4 | | | | | |
| | 248 | | Course-Ethernet Network Analysis (1999) | | | | | |
| | 249 | | Course-Troubleshooting With Sniffer Network Analyzer | | | | | |
| | 250 | | Course-Ethernet Network Analysis (2002) | | | | | |
| | 251 | | Course-Cisco IP Telephony | | | | | |
| | 252 | | Course-Cisco International Troubleshooting | | | | | |
| | 253 | | Course-Cisco AS5200 Install and Configuration | | | | | |
| | 254 | | Course-Intro to Cisco Router Configuration | | | | | |
| | 255 | | Course-CIP Training | | | | | |
| | 256 | | Course-Managing Cisco Network Security (1999) | | | | | |
| | 257 | | Course-Advanced Cisco Router Configuration | | | | | |
| | 258 | | Course-Ciscoworks Fundamentals | | | | | |
| | 259 | | Course-Cisco Lan Switch Configuration | | | | | |
| | 260 | | Course-Cisco ATM Solutions | | | | | |
| | 261 | | Course-Managing Cisco Network Security (2002) | | | | | |
| | 262 | | Course-Cisco Aironet Wireless Site Survey | | | | | |
| | 263 | | Course-Cisco Aironet Wireless LAN Fundamentals | | | | | |
| | 264 | | Course-Securing Communications and Networks | | | | | |
| | 265 | | Course-Building Cisco Remote Access Networks | | | | | |
| | 266 | | Course-Building Scalable Cisco Network | | | | | |
| | 267 | | Course-Configuring BGP for Cisco Routers | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 268 | | Course-Building Cisco Multilayered Switched Networks | | | | | |
| | 269 | | Course-Secure PIX Firewall Fundamentals and Advanced | | | | | |
| | 270 | | Course-Cisco Secure Intrusion Detection System | | | | | |
| | 271 | | Course-HTML 1 | | | | | |
| | 272 | | Course-HTML II | | | | | |
| | 273 | | Course-HTML III | | | | | |
| | 274 | | Course-CITRIX Metaframe | | | | | |
| | 275 | | Course-Information Assurance for Managers | | | | | |
| | 276 | | Course-Managing State Projects | | | | | |
| | 277 | | Course-Basic Leadership Skills | | | | | |
| | 278 | | Course-CICS for Network Operators | | | | | |
| | 279 | | Course-Privacy Awareness | | | | | |
| | 280 | | Course-Information Systems Security Awareness | | | | | |
| | 281 | | Course-Counterintelligence Automated Investigation Management System | | | | | |
| | 282 | | Course-Counterintelligence Orientation | | | | | |
| | 283 | | Course-Contracting Officer Representation | | | | | |
| | 284 | | Expanded Projects-Overview | | | | | |
| | 285 | | Expanded Projects-Definitions | | | | | |
| | 286 | | Second Sight Project Approval | | | | | |
| | 287 | | CARS Organizational Draft | | | | | |
| | 288 | | Cleaner Application-Wikipedia description | | | | | |
| | 289 | | Eraser Application-Developer Description | | | | | |
| | 290 | | TOR-Wikipedia Description | | | | | |
| | 291 | | Indian Health Service Performance Reports and Cyber-Security Plan | | | | | |
| | 292 | | Global Internet Usage-Wikipedia | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 293 | | News Article, Omaha World-Herald 3/21/14 "Many Still At Risk As Windows Nears End of Security For XP" | | | | | |
| | 294 | | Email to HHS CSIRC referring to FBI Reporting | | | | | |
| | 295 | | News Article, Wall Street Journal, 5/30/2014, "China Hacking Deep, Diverse". | | | | | |
| | 296 | | News Article, Time, 7/21/2014, "The Code War" (Aurora, pg. 24) | | | | | |
| | 297 | | IMGSRC Report-FBI | | | | | |
| | 298 | | IMGSRC FAQ (Service Rules) | | | | | |
| | 299 | | IMGSRC Album Categories | | | | | |
| | 300 | | Excerpt from FBI Report RE: Torchat | | | | | |
| | 301 | | Letter to John Berry dated 4/14/14 regarding partial disclosure related to personal targeting by the FBI | | | | | |
| | 302 | | Microsoft response to subpoena regarding ptasseater@hotmail.com | | | | | |
| | 303 | | IMGSRC user album comments | | | | | |
| | 304 | | News article, Omaha World-Herald, 10/5/13, "End of Silk Road May Strengthen Bitcoin" | | | | | |
| | 305 | | News article, Time, 3/3/14, "Scrap Metal" | | | | | |
| | 306 | | Health and Human Services, SF 50, indicating pay raise | | | | | |
| | 307 | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**OBJECTIONS**

**R: Relevancy**

**H: Hearsay**

**A: Authenticity**

**O: Other (specify)**