IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>TIMOTHY DEFOGGI,<br><br>                    Defendant. | **WITNESS LIST**<br><br>Case No.    8:13CR105<br>Deputy:      Gale Gomez, Kathy Griess<br>Reporter:    Brenda Fauber<br>Dates:        August 19-22, and 26,  2014 |

FOR PLAINTIFF:

| Name | Date |
|---|---|
| Jeffrey D. Tarpinian | 8/19/2014 |
| P. Michael Gordon | 8/19/2014 |
| P. Michael Gordon – Resumed | 8/20/2014 |
| Patricia J. Teakle | 8/20/2014 |
| Michael Mizer | 8/20/2014 |
| Kevin Smith | 8/20/2014 |
| Steven A. Smith, Jr. | 8/20/2014 |
| Charles MacMillan | 8/20/2014 |
| Steven A. Smith, Jr. - Resumed | 8/21/2014 |
| Ray C. Hsu | 8/21/2014 |
| Pavel Stepashkin | 8/21/2014 |
| Steven A. Smith, Jr. – Rebuttal | 8/22/2014 |

FOR DEFENDANT:

| Name | Date |
|---|---|
| Jimmy Bounds | 8/21/2014 |
| Christopher Casto | 8/21/2014 |

| Christopher Casto – Resumed | 8/22/2014 |
| Timothy DeFoggi | 8/22/2014 |