FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

14 AUG 26 PM 12: 08

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:13CR105 |
| vs. | |
| TIMOTHY DEFOGGI, | VERDICT FORM |
| Defendant. | |

Please answer all questions below, and then have the foreperson sign and date this verdict form:

**Question 1: Count I**

We, the jury, find Defendant Timothy Defoggi ___guilty___ of the
<sub>guilty/not guilty</sub>
crime of knowingly engaging in a child exploitation enterprise, as charged in Count I of the Indictment.

**Question 2: Count II**

We, the jury, find Defendant Timothy Defoggi ___guilty___ of the
<sub>guilty/not guilty</sub>
crime of conspiracy to advertise child pornography as charged in Count II of the Indictment.

**Question 3: Count III**

We, the jury, find Defendant Timothy Defoggi ___guilty___ of the
<sub>guilty/not guilty</sub>
crime of conspiracy to distribute child pornography as charged in Count III of the Indictment.

**Question 4: Count IV**

We, the jury, find Defendant Timothy Defoggi ___guilty___ of the
guilty/not guilty
crime of access with intent to view child pornography as charged in Count IV of the Indictment.

**Question 5: Count V**

We, the jury, find Defendant Timothy Defoggi ___guilty___ of the
guilty/not guilty
crime of access with intent to view child pornography as charged in Count V of the Indictment.

**Question 6: Count VI**

We, the jury, find Defendant Timothy Defoggi ___guilty___ of the
guilty/not guilty
crime of access with intent to view child pornography as charged in Count VI of the Indictment.

**Question 7: Count VII**

We, the jury, find Defendant Timothy Defoggi ___guilty___ of the
guilty/not guilty
crime of access with intent to view child pornography as charged in Count VII of the Indictment.

Foreperson

___8/26/14___
(Date)