FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

AUG 26 2014

OFFICE OF THE CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:13CR105 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | JURY'S FIRST QUESTION |
| TIMOTHY DEFOGGI, | ) | |
| Defendant. | ) | |

We would like the power point slides from the US Gov. attorneys that references which exhibits help prove which crimes.

```
                                          FILED
                                    US DISTRICT COURT
                                  DISTRICT OF NEBRASKA

                                       AUG 2 6 2014

                                   OFFICE OF THE CLERK
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 8:13CR105 |
| ) | |
| Plaintiff, ) | |
| ) | **ANSWER TO** |
| vs. ) | **JURY'S FIRST QUESTION** |
| ) | |
| TIMOTHY DEFOGGI, ) | |
| ) | |
| Defendant. ) | |

At approximately 9:22 a.m. on April 26, 2014, the jury sent the following question to the court:

"We would like the power point slides from the US Gov. attorneys that references which exhibits help prove which crimes."

My answer is:

"The Powerpoint slides were not evidence and are not available to you during deliberations."

DATED at approximately 9:50 a.m. on August 26, 2014.

BY THE COURT:

Laurie Smith Camp
United States District Judge