IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:13CR-105 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ENTRY OF APPEARANCE** |
| | ) | |
| TIMOTHY DEFOGGI, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW Stuart J. Dornan and hereby enters his appearance on behalf of Timothy Defoggi, Defendant, as retained counsel.

                                            TIMOTHY DEFOGGI, Defendant,

                                      By:    s/Stuart J. Dornan
                                                STUART J. DORNAN, #18553
                                                Attorney for Defendant
                                                Dornan, Lustgarten & Troia PC LLO
                                                1403 Farnam Street, Suite 232
                                                Omaha, Nebraska 68102
                                                (402) 884-7044 (phone)
                                                (402) 884-7045 (fax)
                                                stu@dltlawyers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2014, I electronically filed the foregoing Entry of Appearance with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

Michael P. Norris, United States Attorney
John S. Berry, Jr., Attorney for Defendant
Keith A. Becker, United States Department of Justice, Child Exploitation Section
Sarah Chang, United States Department of Justice

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

N/A

s/Stuart J. Dornan
STUART J. DORNAN, #18553
Attorney for Defendant
