IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,  )
                           )
        Plaintiff,         )         8:13CR105
                           )
    vs.                    )
                           )         Omaha, Nebraska
TIMOTHY DEFOGGI,           )         August 26, 2014
                           )
        Defendant.         )

VOLUME V
TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE LAURIE SMITH CAMP
CHIEF UNITED STATES DISTRICT JUDGE AND A JURY


A-P-P-E-A-R-A-N-C-E-S

FOR THE PLAINTIFF:          Mr. Michael P. Norris
                            Asst. United States Attorney
                            1620 Dodge Street
                            Suite 1400
                            Omaha, NE 68102

                            Mr. Keith A. Becker
                            Ms. Sarah Chang
                            DOJ Trial Attorneys
                            1400 New York Avenue, N.W.
                            Sixth Floor
                            Washington, DC 20530

FOR THE DEFENDANT:          Mr. John S. Berry, Jr.
                            Mr. Justin B. Kalemkiarian
                            Berry Law Firm
                            2650 North 48th Street
                            Lincoln, NE 68508


COURT REPORTER:             Ms. Brenda L. Fauber, RDR, CRR
                            111 South 18th Plaza
                            Suite 3122
                            Omaha, NE 68102
                            (402) 661-7322

Proceedings recorded by mechanical stenography, transcript produced with computer.

1          (At 9:47 a.m. on August 26, 2014, with counsel for the
2    parties present via telephone, the following proceedings were
3    had:)
4              THE COURT:  This is Judge Smith Camp.  We have
5    Mr. Berry on the line.
6              MR. BERRY:  Yes, your Honor.
7              THE COURT:  And Mr. Norris?
8              MR. NORRIS:  Yes, your Honor, as well as Mr. Becker.
9              MR. BECKER:  Good morning, your Honor.
10             THE COURT:  Very good.
11        We have a question from the jury.  I will read you the
12   question, and I will read you my proposed response.
13        The question is:  We would like the PowerPoint slides
14   from the U.S. government's attorneys that reference which
15   exhibits help prove which crimes.
16        My proposed answer is:  The PowerPoint slides were not
17   evidence and are not available to you during deliberations.
18        Any objection to that, Mr. Berry?
19             MR. BERRY:  No, your Honor.
20             THE COURT:  Any objection, Mr. Norris?
21             MR. NORRIS:  No, your Honor.  I think that's
22   appropriate.
23             THE COURT:  Very good.  I will be in touch if we have
24   any other questions or if we have a verdict.  Thank you all.
25        (Recessed at 9:50 a.m.)

1          (At 10:37 a.m. on August 26, 2014, with counsel for the
2    parties and the defendant present personally, and the jury NOT
3    present, the following proceedings were had:)
4            THE COURT:  As you know, we received word that the
5    jury has reached a verdict.
6         And I understand, Mr. Berry, you are with us by
7    telephone; is that correct?
8            MR. BERRY:  That is correct, your Honor.
9            THE COURT:  Very good.
10        Is there anything we need to discuss before the jury
11   comes in the room?
12           MR. NORRIS:  No, your Honor.
13           MR. BERRY:  No, your Honor.
14           THE COURT:  Very good.
15        Please bring in the jury.
16        (Jury in at 10:40 a.m.)
17           THE COURT:  Please be seated.
18        I can usually see from my vantage point who has the
19   envelope.
20        Juror number 548, were you selected as the foreperson of
21   this jury?
22           FOREPERSON:  Yes, I was, your Honor.
23           THE COURT:  Has the jury reached a verdict?
24           FOREPERSON:  Yes.
25           THE COURT:  And is that verdict unanimous?

1            FOREPERSON:  Yes.

2            THE COURT:  Very good.

3       I will ask the courtroom deputy, Ms. Gomez, to retrieve

4    the verdict form and to publish the verdict.

5            COURTROOM DEPUTY:  In the United States District

6    Court for the District of Nebraska, United States of America

7    vs. Timothy DeFoggi, Case Number 8:13CR105.

8         As to Count I:  We, the jury, find defendant, Timothy

9    DeFoggi, guilty of the crime of knowingly engaging in a child

10   exploitation enterprise as charged in Count I of the

11   indictment.

12        Count II:  We, the jury, find defendant, Timothy DeFoggi,

13   guilty of the crime of conspiracy to advertise child

14   pornography as charged in Count II of the indictment.

15        Count III:  We, the jury, find the defendant, Timothy

16   DeFoggi, guilty of the crime of conspiracy to distribute child

17   pornography as charged in Count III of the indictment.

18        Count IV:  We, the jury, find the defendant, Timothy

19   DeFoggi, guilty of the crime of access with intent to view

20   child pornography as charged in Count IV of the indictment.

21        Count V:  We, the jury, find defendant, Timothy DeFoggi,

22   guilty of the crime of access with intent to view child

23   pornography as charged in Count V of the indictment.

24        Count VI:  We, the jury, find defendant, Timothy DeFoggi,

25   guilty of the crime of access with intent to view child

1    pornography as charged in Count VI of the indictment.
2           Count VII:  We, the jury, find defendant, Timothy
3    DeFoggi, guilty of the crime of access with intent to view
4    child pornography as charged in Count VII of the indictment.
5           Signed by the foreperson on 8-26, 2014.
6              THE COURT:  Is there any request for a polling of the
7    jury?
8              MR. NORRIS:  No, your Honor.
9              MR. KALEMKIARIAN:  Yes, your Honor.
10             MR. BERRY:  Yes, your Honor.
11             THE COURT:  All right.  We will refer to the jurors
12   by juror number.  And I will start in the back row on my left.
13          Juror No. 800, is this your verdict?
14             JUROR NO. 800:  Yes.
15             THE COURT:  Juror No. 36, is this your verdict?
16             JUROR NO. 36:  Yes.
17             THE COURT:  I couldn't hear you.
18             JUROR NO. 36:  Yes.
19             THE COURT:  Juror No. 479, is this your verdict?
20             JUROR NO. 479:  Yes, your Honor.
21             THE COURT:  Juror No. 810, is this your verdict?
22             JUROR NO. 810:  Yes.
23             THE COURT:  Juror No. 482, is this your verdict?
24             JUROR NO. 482:  Yes, your Honor.
25             THE COURT:  Juror No. 366, is this your verdict?

1	JUROR NO. 366: Yes.

2	THE COURT: Juror No. 548, is this your verdict?

3	JUROR NO. 548: Yes.

4	THE COURT: Juror No. 226, is this your verdict?

5	JUROR NO. 226: Yes.

6	THE COURT: Juror No. 304, is this your verdict?

7	JUROR NO. 304: Yes, your Honor.

8	THE COURT: Juror No. 287, is this your verdict?

9	JUROR NO. 287: Yes, your Honor.

10	THE COURT: Juror No. 220, is this your verdict?

11	JUROR NO. 220: Yes.

12	THE COURT: Juror No. 75, is this your verdict?

13	JUROR NO. 75: Yes, your Honor.

14	THE COURT: On behalf of the court, I want to thank

15	all of the jurors for their time and attention throughout the

16	last week or so.

17	    I will be coming back into the jury room to thank you

18	personally. You're not under any obligation to wait. But if

19	you wish to wait, I'll be back there in just a couple of

20	things. I just need to see if there is anything else that the

21	lawyers need me to address.

22	    Your obligation to the court is complete. You don't need

23	to call in to the clerk's office for any further instructions.

24	    And again on behalf of the court, thank you.

25	    (Jury out at 10:45 a.m.)

1          THE COURT: Please be seated.

2      You'll receive the Court's sentencing order

3  electronically. The sentencing here is set for November 7,

4  2014, at nine o'clock a.m.

5      The defendant will be remanded to the custody of the U.S.

6  Marshal pending the sentencing.

7      And is there anything else that we need to address at

8  this time, Mr. Norris?

9          MR. NORRIS: No, your Honor.

10         THE COURT: Mr. Berry?

11         MR. BERRY: No, your Honor.

12         THE COURT: All right. Very good.

13     Thank you. We're adjourned.

14         MR. KALEMKIARIAN: Thank you.

15         MR. BECKER: Thank you.

16         MS. CHANG: Thank you, your Honor.

17     (Adjourned at 10:45 a.m.)

18     I certify that the foregoing is a correct transcript from

19  the record of proceedings in the above-entitled matter.

20

21

22

23      /s *Brenda L. Fauber*                    10-7-14

24     Brenda L. Fauber, RDR, CRR                 Date

25