IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA,**

        Plaintiff,

vs.

**TIMOTHY DEFOGGI,**

        Defendant.

8:13CR105

ORDER

This matter is before the court on the defendant's Motion for Release of Documents (Filing No. 246). The defendant seeks the following documents:

> (1) a chart of programs on which Defendant Timothy DeFoggi worked, a copy of which chart was given to the Court and the Government; and (2) other "documents" which the undersigned attorney is advised by Defendant and prior defense counsel includes a letter which is described to current counsel as having some detail regarding the programs on which Defendant worked at times relevant to the verdict/Indictment herein, a copy of which "documents" were also given to the Court and the Government.

**See** Filing No. 246 - Motion. The motion is granted and the defendant's previous attorney, John S. Berry, Jr., is directed to provide defendant's counsel, Stuart J. Dornan, with the above-referenced documents **forthwith.**

The Clerk shall provide a copy of this order to Mr. Berry.

**IT IS SO ORDERED**.

Dated this 4th day of November, 2014.

                              BY THE COURT:

                              s/ Thomas D. Thalken
                              United States Magistrate Judge