1IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>TIMOTHY DEFOGGI,<br><br>　　　　　　Defendant. | 8:13CR105<br><br>MOTION TO EXTEND THE TIME TO FILE GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR ACQUITTAL AND MOTION FOR NEW TRIAL |

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests that the Court extend the time to file the government's response to defendant's motions to December 19, 2014.   In support of this request the United States offers the following:

1. The United States needs additional time to draft the response to the motion for acquittal and motion for new trial filed by the Defendant.

2. Counsel for the Defendant has advised that he has no objection to the requested extension.

WHEREFORE, the United States respectfully requests that the time to file the government's response to defendant's motions be extended to December 19, 2014.

　　　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA

　　　　　　　　　　　　　　　　　　DEBORAH R. GILG
　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　District of Nebraska


　　　　　　　　　　　　　　　　　　 *s/Michael P. Norris*
　　　　　　　　　　　　　　　By:　MICHAEL P. NORRIS (#17765)
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　1620 Dodge Street, Ste. 1400

Omaha, NE 68102-1506
(402) 661-3700

## CERTIFICATE OF SERVICE

     I hereby certify that on December 4, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Stuart J. Dornan, Attorney at Law.

     *s/Michael P. Norris*
MICHAEL P. NORRIS
Assistant United States Attorney