IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:13CR105 |
| Plaintiff, | |
| vs. | **STATEMENT OF PLAINTIFF PURSUANT TO NECrimR.32.1(b) REGARDING SENTENCING PROCEDURES AND ADOPTION OF REVISED PRESENTENCE INVESTIGATION REPORT AND ADDENDUM** |
| TIMOTHY DEFOGGI, | |
| Defendant. | |

COMES NOW Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney, and hereby provides this written statement in accordance with NECrimR. 32.1(b), regarding Sentencing Procedures.

Plaintiff hereby adopts the Revised Presentence Investigation Report and Addendum. Plaintiff anticipates offering no additional evidence at sentencing, other than to rebut or address issues raised by Defendant.

Dated this 10th day of December, 2014.

        DEBORAH R. GILG
        United States Attorney
        District of Nebraska

By:   s/ Michael P. Norris
      MICHAEL P. NORRIS (#17765)
      Assistant U.S. States Attorney
      1620 Dodge Street, Suite 1400
      Omaha, NE 68102-1506
      Tel: (402) 661-3700
      Fax: (402) 661-3084
      E-mail: Michael.norris@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on December 10, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Stuart J. Dornan, Attorney at Law, and also hereby certify that a copy of the same has been served by regular mail, postage prepaid, to the following non-CM/ECF participants: Sandra L. Foster, U.S. Probation Officer.

                                                    s/ Michael P. Norris
                                                    Assistant U.S. Attorney