IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:13CR-105 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION FOR PERMISSION TO SEAL** |
| | ) | |
| TIMOTHY DEFOGGI, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, Timothy DeFoggi, by and through undersigned counsel, and requests permission from the Court to seal Defendant's Sentencing Memorandum, Exhibits 1-7 and Exhibits 201-283 on account of the information set forth therein.

WHEREFORE, Defendant prays for the relief requested and for such other and further relief as the Court may deem just and equitable.

TIMOTHY DEFOGGI, Defendant,

By: s/Stuart J. Dornan
STUART J. DORNAN, #18553
Attorney for Defendant
Dornan, Lustgarten & Troia PC LLO
1403 Farnam Street, Suite 232
Omaha, Nebraska 68102
(402) 884-7044 (phone)
(402) 884-7045 (fax)
stu@dornanandlustgarten.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2014, I electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

Mike P. Norris, Assistant United States Attorney

and I hereby certify that I have e-mailed the document to the following non CM/ECF participants:

Sandra L. Foster, United States Probation Officer

s/Stuart J. Dornan
STUART J. DORNAN, #18553
Attorney for Defendant
