IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    Plaintiff,

          vs.

TIMOTHY DEFOGGI,

                    Defendant.

## EXHIBIT LIST

Case No.          8:13CR105
Deputy: Marian Frahm
Reporter:        Brenda Fauber
Date:            January 05, 2015

| PLF | DFT | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|-----|-----|-------|-------------|-----|-----|------|----------|------|
|     | 307 |       | Evidence Recovery Law | X |  | X |  | 1/5/2015 |
|     | 308 |       | FBI 3 page report | X |  | X |  | 1/5/2015 |
|     | 309 |       | Overview | X |  | X |  | 1/5/2015 |

**OBJECTIONS**
  **R: Relevancy**
  **H: Hearsay**
  **A: Authenticity**
  **O: Other (specify)**

1