FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

15 JAN -5 PM 5: 10

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TIMOTHY DeFOGGI,

    Defendant.

Case No. 8:13CR105

RECEIPT FOR RETURNED EXHIBITS

    Pursuant to NECivR 79.1(f)(1) or NECrimR 55.1(g), I acknowledge receipt of the following exhibits offered into evidence in this case.

    Defendant's exhibits numbers 101 and 102 from Motion Hearing held 07/11/13

    I further acknowledge that I am responsible for maintaining these exhibits in their present condition or state until this case is no longer subject to appellate review. Until that time, I understand that I must produce these exhibits if opposing counsel, the court, or the clerk so requests. Finally, I acknowledge that I may be subject to sanctions for failure to abide by the provisions of Rule 79.1(f)(1) or Rule 55.1(g).

    Once the case is no longer subject to appellate review, I understand that I may destroy these exhibits without further authorization.

Counsel of Record for Defendant

DATED: 1-5-15

BY: _____