FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
15 JAN -5 PM 5: 10
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY DEFOGGI,<br><br>Defendant. | Case No. 8:13CR105<br><br>RECEIPT FOR RETURNED EXHIBITS |

Pursuant to NECrimR 55.1(g), I acknowledge receipt of the following exhibits offered into evidence in this case.

**Exhibit Numbers 1 – 3 from Motion Hearing Held 1/21/2014**

I further acknowledge that I am responsible for maintaining these exhibits in their present condition or state until this case is no longer subject to appellate review. Until that time, I understand that I must produce these exhibits if opposing counsel, the court, or the clerk so requests. Finally, I acknowledge that I may be subject to sanctions for failure to abide by the provisions of Rule 79.1(f)(1) or Rule 55.1(g).

Once the case is no longer subject to appellate review, I understand that I may destroy these exhibits without further authorization.

Counsel of Record for Defendant

DATED: 1-5-15

BY: [signature]

Exhibits-Form Receipt for Returned Exhibits, appeal time pending.wpd
Approved: September 6, 2007