IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA



FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

15 JAN -5 PM 5: 10

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TIMOTHY DEFOGGI, ZACKARY AUSTIN,<br><br>　　　　　Defendant. | Case No. 8:13CR105<br><br>RECEIPT FOR RETURNED EXHIBITS |

　　　Pursuant to NECivR 79.1(f)(1) or NECrimR 55.1(g), I acknowledge receipt of the following exhibits offered into evidence in this case.

　　　Defendant's exhibits 201, and 222 through 239 of Jury Trial held on August 19-22 and 26, 2014.

　　　I further acknowledge that I am responsible for maintaining these exhibits in their present condition or state until this case is no longer subject to appellate review. Until that time, I understand that I must produce these exhibits if opposing counsel, the court, or the clerk so requests. Finally, I acknowledge that I may be subject to sanctions for failure to abide by the provisions of Rule 79.1(f)(1) or Rule 55.1(g).

　　　Once the case is no longer subject to appellate review, I understand that I may destroy these exhibits without further authorization.

Counsel of Record for Plaintiff or Defendant

(circle one)

DATED: 1-5-15

BY: _____

Exhibits-Form Receipt for Returned Exhibits, appeal time pending.wpd

Approved: September 6, 2007