FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

15 JAN -5 PM 5: 10

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 8:13CR105 |
| v. | RECEIPT FOR RETURNED EXHIBITS |
| TIMOTHY DeFOGGI, | |
| Defendant. | |

Pursuant to NECivR 79.1(f)(1) or NECrimR 55.1(g), I acknowledge receipt of the following exhibits offered into evidence in this case:

Government's exhibits numbers 1, 2, 3 and 4 from Detention Hearing held 05/08/13

I further acknowledge that I am responsible for maintaining these exhibits in their present condition or state until this case is no longer subject to appellate review. Until that time, I understand that I must produce these exhibits if opposing counsel, the court, or the clerk so requests. Finally, I acknowledge that I may be subject to sanctions for failure to abide by the provisions of Rule 79.1(f)(1) or Rule 55.1(g).

Once the case is no longer subject to appellate review, I understand that I may destroy these exhibits without further authorization.

_/s/ Michael Norris_
Counsel of Record for Government

DATED: 1/5/15

BY: Michael Norris