# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

## NOTICE OF APPEAL (Criminal)

| | |
|---|---|
| United States of America, ) | |
| ) | __8:13CR-00105__ |
| Plaintiff, ) | District Court Case Number |
| ) | |
| vs. ) | |
| ) | |
| __Timothy DeFoggi__, ) | |
| ) | |
| Defendant. ) | |

Notice is hereby given that __Timothy DeFoggi, Defendant,__ _____ appeals to the United States Court of Appeals for the Eighth Circuit from the:

☒ Judgment & Commitment

☒ Order (Specify) Order denying Motion to Dismiss (filing #138 on July 10, 2014 and August 4, 2014); Order denying Motions to Suppress

(filing #97 and #105 on June 9, 2014); Order denying Motion in Limine (filing #95 on June 9, 2014); Order denying filings #95, #97, #105 on July 8, 2014; and Order denying in part Motion for Acquittal and New Trial (filing #260 on December 30, 2014).

entered in this action on (Specify date(s)) _____

s/ __Stuart J. Dornan, #18553__
Attorney or Pro Se Defendant

## CERTIFICATE OF COMPLIANCE

I hereby certify that:

1. I have filed or served copies of this notice of appeal upon the United States District Court and all counsel of record.

2. I have completed and attached an Information Sheet to this Notice of Appeal.

__01/19/2015__
Date

s/ __Stuart J. Dornan, #18553__
Attorney or Pro Se Defendant
Dornan, Lustgarten & Troia PC LLO
1403 Farnam Street, Suite 232
Omaha, NE  68102
(402) 884-7044
(402) 884-7045 (fax)
stu@dtlawyers.com

# INFORMATION SHEET - CRIMINAL
## TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. Defendant's Address:   Douglas County Correctional Center, 710 S 17th Street, Omaha, NE 68102

2. Date of Verdict: August 26, 2014

   __X__ Jury  _____ Non-Jury  Bail Status _____

   Offenses:   Child Exploitation Enterprise; Conspiracy to Advertise Child Pornography; Conspiracy to Distribute Child Pornography; Access with Intent to View Child Pornography

   Trial Testimony - Number of Days __5__

3. Sentence and Date Imposed:   January 5, 2015; 300 months (Count I); 120 months (Count IV); 120 months (Count V); 120 months (Count VI); 120 months (Count II) to run concurrently

4. Appealing:  Sentence _____  Conviction _____  Both __x__

   Challenging:  _____  Application of Sentencing Guidelines
                 _____  Constitutionality of Guidelines
                 ___x___   Both Application and Constitutionality

5. Date Trial Transcript ordered by Counsel or District Court:   September 3, 2014

   Name, Address, and Phone Number of Court Reporter or Transcriber in Charge of Preparing Transcript: Brenda L. Fauber; 402-661-7322, 111 South 18th Plaza Suite 3122 Omaha, NE 68102

6. Trial Counsel was:  ___X___ Appointed - JohnS. Berry, Jr.  _____ Retained
   Undersigned counsel was retained by family of Defendant to represent him at sentencing.
   Does Defendant's financial status warrant appointment of counsel on appeal?  _____ Yes   ___X___ No

   Affidavit of Financial Status filed: ___yes___

   Is there any reason why trial counsel should not be appointed as counsel on appeal?  ___x___ Yes   _____ No

7. Name and Phone Number of Assistant U.S. Attorney:   Michael P. Norris, 402-661-3700; Keith A. Becker, 202-305-4104; and Sarah Chang, 202-353-4979