U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOTICE OF APPEAL (NOA) SUPPLEMENT
**DISTRICT OF NEBRASKA**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

**Caption**:                                **Case Number**:

USA V. DEFOGGI                              8:13CR105

**Appellant**:

TIMOTHY DEFOGGI

**Attorney(s)**:

| |
|---|
| STUART J. DORNAN<br>DORNAN, LUSTGAREN LAW FIRM<br>1403 FARNAM STREET, SUITE 232<br>OMAHA, NE 68102<br>(402) 884-7044 |

**Appellee:**

UNITED STATES OF AMERIA

**Attorney(s)**:

| |
|---|
| MICHAEL P. NORRIS<br> U.S. ATTORNEY'S OFFICE-OMAHA<br>1620 DODGE STREET<br>SUITE 1400<br>OMAHA, NE 68102<br><br>KEITH A. BECKER<br>U.S. DEPARTMENT OF JUSTICE-CHILD EXPLOITATION SECTION<br>1400 NEW YORK AVENUE, N.W.<br>6TH FLOOR<br>WASHINGTON, DC 20530<br>(202) 305-4104<br><br>SARAH CHANG<br>U.S. DEPARTMENT OF JUSTICE<br>1400 NEW YORK AVENUE<br>SUITE 600<br>WASHINGTON, DC 20005<br>(202) 353-4979 |

**Court Reporter(s)**:

| |
|---|
| BRENDA FAUBER (402) 661-7322 |

**Please return files and documents to**:

Omaha

**Person to contact about the appeal**:

MARY ROUNDTREE

| **Length of Trial** | **Fee** | **IFP** | **Pending IFP** |
|---|---|---|---|
| 4 DAYS | Y | N | N |

| **Counsel** | **Pending Motions** | **Local Interest** | **Simultaneous Release?** |
|---|---|---|---|
| RETAINED | N | N | N |

**Criminal Cases/Prisoner Pro Se Cases only**:

**Is defendant incarcerated?**  Y

**Where?**  DOUGLAS COUNTY CORRECTIONAL CENTER, 710 S. 17TH STREET, OMAHA, NE 68102

**Please list all other defendants in this case if there were multiple defendants**
 ZACKARY AUSTIN

**Special Comments**:

Forms-Appeal-NOA_Supplement
Approved Date: 12/22/14