FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

15 JAN 27 PM 2: 09

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY DEFOGGI, ZACKARY AUSTIN,<br><br>Defendant. | Case No. 8:13CR105<br><br>RECEIPT FOR RETURNED EXHIBITS |

Pursuant to NECivR 79.1(f)(1) or NECrimR 55.1(g), I acknowledge receipt of the following exhibits offered into evidence in this case.

Government's exhibits 1-5, 5A, 5B, 5C, 5D, 6A, 6B, 6C, 6D, 7-9, 9A, 10-12, 14-19, 21, 22, 24-27, 31-33, 35, 36, 42-47, 47A-F, 48-54, 54A, 56-66, 68-71 and 74-84 of Jury Trial held on August 19-22 and 26, 2014

I further acknowledge that I am responsible for maintaining these exhibits in their present condition or state until this case is no longer subject to appellate review. Until that time, I understand that I must produce these exhibits if opposing counsel, the court, or the clerk so requests. Finally, I acknowledge that I may be subject to sanctions for failure to abide by the provisions of Rule 79.1(f)(1) or Rule 55.1(g).

Once the case is no longer subject to appellate review, I understand that I may destroy these exhibits without further authorization.

Counsel of Record for (Plaintiff) or Defendant

(circle one)

DATED: 1/27/15

BY: *Michael Norris*

Exhibits-Form Receipt for Returned Exhibits, appeal time pending.wpd

Approved: September 6, 2007