IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

15 JAN 27 PM 2:09

OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

TIMOTHY DEFOGGI,

Defendant.

Case No. 8:13CR105

RECEIPT FOR RETURNED EXHIBITS

Pursuant to NECivR 79.1(f)(1) or NECrimR 55.1(g), I acknowledge receipt of the following exhibits offered into evidence in this case.

Government's Exhibit Numbers 1, 2, 3, 4, 6 and A from Motion Hearing held 3/25/14

I further acknowledge that I am responsible for maintaining these exhibits in their present condition or state until this case is no longer subject to appellate review. Until that time, I understand that I must produce these exhibits if opposing counsel, the court, or the clerk so requests. Finally, I acknowledge that I may be subject to sanctions for failure to abide by the provisions of Rule 79.1(f)(1) or Rule 55.1(g).

Once the case is no longer subject to appellate review, I understand that I may destroy these exhibits without further authorization.

Counsel of Record for Government

DATED: 1/27/15

BY: _____

Exhibits-Form Receipt for Returned Exhibits, appeal time pending.wpd
Approved: September 6, 2007