

15-1209 United States v. Timothy DeFoggi "Clerk order filed sua sponte minor case" (8:13-cr-00105-LSC-1)

ca08ml_cmecf_Notify   to:                              01/30/2015 09:32 AM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 01/30/2015

**Case Name:**     United States v. Timothy DeFoggi
**Case Number:**   15-1209
**Document(s):**   Document(s)

**Docket Text:**
CLERK ORDER: This criminal appeal involves child pornography. In accordance with the provisions of 18 U.S.C. Section 3509(d)(2) regarding confidentiality of information and privacy protection, all papers filed with this court which disclose the name of or any information concerning a child shall be sealed. (SEE order for complete details) [4239630] [15-1209] (Brianne Sharrar)

**Notice will be electronically mailed to:**

Mr. Keith Anthony Becker, Trial Attorney: Keith.Becker@usdoj.gov
Ms. Sarah Chang: sarah.chang@usdoj.gov
Mr. Stuart J. Dornan: stu@dltlawyers.com, ruth@dltlawyers.com, jennac@dltlawyers.com
Ms. Brenda Fauber, Court Reporter: b.fauber@yahoo.com, Brenda_Fauber@ned.uscourts.gov
Ms. Denise M. Lucks, Clerk of Court: docket@ned.uscourts.gov
Mr. Michael P. Norris, Assistant U.S. Attorney: michael.norris@usdoj.gov, harolene.bailey@usdoj.gov, usane.ecfeighthcir@usdoj.gov


**Notice will be mailed to:**


Mr. Timothy DeFoggi
DOUGLAS COUNTY JAIL
710 S. 17th Street
Omaha, NE 68102-0000

The following document(s) are associated with this transaction:
**Document Description:** Clerk's Order
**Original Filename:**
/opt/ACECF/live/forms/bsharrar_151209_4239630_ClkOrdMinorCase_279.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=01/30/2015] [FileNumber=4239630-0]
[978afb0f75df2eba341d4b6ebc1058efc151f4795bf6fb15d914a1b80e320e204043b8d172fea8a78
29c9e532f56608e4116f225e2eaf43e585cbe54767be7f8]]
**Recipients:**
- Mr. Keith Anthony Becker, Trial Attorney
- Ms. Sarah Chang
- Mr. Timothy DeFoggi
- Mr. Stuart J. Dornan
- Ms. Brenda Fauber, Court Reporter
- Ms. Denise M. Lucks, Clerk of Court
- Mr. Michael P. Norris, Assistant U.S. Attorney

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4239630
**RELIEF(S) DOCKETED:**
   minor case
**DOCKET PART(S) ADDED:** 5241231, 5241232, 5241233