# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

January 30, 2015

Mr. Stuart J. Dornan
DORNAN & LUSTGARTEN
Suite 232
1403 Farnam Street
Omaha, NE  68102

RE:  15-1209  United States v. Timothy DeFoggi

Dear Counsel:

The district court has transmitted a notice of appeal in this criminal matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to the court. Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

As this is a fee paid case, your duties as counsel of record are defined by Eighth Circuit Rule 27B and the Eighth Circuit's Plan to Expedite Criminal Appeals. Please review these materials which are on the "Rules and Publications" page of our web site.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please review the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Useful information about briefing and the record on appeal can be found at these links:

   media.ca8.uscourts.gov/newcoa/notes/redactcr-egov.pdf
   media.ca8.uscourts.gov/newcoa/forms/crbrchk.pdf
   media.ca8.uscourts.gov/newcoa/forms/crrecord.pdf

Please note that the court has eliminated the requirement for a clerk's record in criminal appeals, effective January 1, 2013. Record references to the district record made in pleadings and briefs filed in this court must be to the district court docket. For example, if the motion to suppress is district court docket number 11 and a party wishes to reference page 7 of the motion to suppress, the reference in the brief should be in the format: (DCD 11, at p.7). Transcript references should be to Volume and page number (TR., Vol. 1, p. 123). Exhibit references should be to the exhibit label attached in the district court proceedings: (Government Exh. 1, page 3; Defense Exh. C, page 4). References to the Presentence Investigation Report should be to page number: (PSR, p.17). Additional information should be provided whenever it is necessary to clearly identify a document and avoid confusion.

  Paper copies of transcripts, Statements of Reasons, Presentence Investigation Reports and exhibits will be still forwarded from the district court to the circuit clerk's office, and counsel should check with the district court clerk's office to assure that all necessary materials are transmitted on a timely basis.

  If a transcript will be required for the appeal, you should immediately contact the official court reporter and take steps to order the transcripts and arrange for payment for their production.

  The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to meet the briefing deadlines will result in the issuance of an order to show cause and may lead to dismissal of the appeal, as well as the initiation of disciplinary proceedings. Requests for extensions of time must be filed on a timely basis and should establish good cause. Overlength briefs are strongly discouraged.

  On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

  If you have any questions about the schedule or procedures for the case, please contact our office.

               Michael E. Gans
               Clerk of Court

BNS

Enclosure(s)

cc: Mr. Keith Anthony Becker
   Ms. Sarah Chang
   Mr. Timothy DeFoggi
   Ms. Brenda Fauber
   Ms. Denise M. Lucks
   Mr. Michael P. Norris

    District Court/Agency Case Number(s):   8:13-cr-00105-LSC-1

**Caption For Case Number:   15-1209**

United States of America

      Plaintiff - Appellee

v.

Timothy DeFoggi, also known as fuckchrist, also known as PTasseater

      Defendant - Appellant

**Addresses For Case Participants:   15-1209**

Mr. Stuart J. Dornan
DORNAN & LUSTGARTEN
Suite 232
1403 Farnam Street
Omaha, NE  68102

Mr. Keith Anthony Becker
U.S. DEPARTMENT OF JUSTICE
Child Exploitation and Obscenity Section
6th Floor
1400 New York Avenue, N.W.
Washington, DC, DC  20016

Ms. Sarah Chang
U.S. DEPARTMENT OF JUSTICE
Child Exploitation and Obscenity Section
1400 New York Avenue, N.W.
Washington, DC, DC  20016

Mr. Timothy DeFoggi
DOUGLAS COUNTY JAIL
56316-037
710 S. 17th Street
Omaha, NE  68102-0000

Ms. Brenda Fauber
Suite 3129
111 S. 18th Plaza
Omaha, NE  68102-1322

Ms. Denise M. Lucks
U.S. DISTRICT COURT
Clerk's Office
Suite 1152
111 S. 18th Plaza
Omaha, NE  68102-0000

Mr. Michael P. Norris
U.S. ATTORNEY'S OFFICE
District of Nebraska
Suite 1400
1620 Dodge Street
Omaha, NE  68102-1506