

15-1209 United States v. Timothy DeFoggi "CRIMINAL case docketed"
(8:13-cr-00105-LSC-1)

ca08ml_cmecf_Notify   to:                                   01/30/2015 09:14 AM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 01/30/2015

**Case Name:**     United States v. Timothy DeFoggi
**Case Number:**   15-1209
**Document(s):**   Document(s)

**Docket Text:**
CRIMINAL case docketed. [4239603] [15-1209] (Brianne Sharrar)

**Notice will be electronically mailed to:**

Mr. Keith Anthony Becker, Trial Attorney: Keith.Becker@usdoj.gov
Ms. Sarah Chang: sarah.chang@usdoj.gov
Mr. Stuart J. Dornan: stu@dltlawyers.com, ruth@dltlawyers.com, jennac@dltlawyers.com
Ms. Brenda Fauber, Court Reporter: b.fauber@yahoo.com, Brenda_Fauber@ned.uscourts.gov
Ms. Denise M. Lucks, Clerk of Court: docket@ned.uscourts.gov
Mr. Michael P. Norris, Assistant U.S. Attorney: michael.norris@usdoj.gov, harolene.bailey@usdoj.gov, usane.ecfeighthcir@usdoj.gov

**Notice will be mailed to:**

Mr. Timothy DeFoggi
DOUGLAS COUNTY JAIL
710 S. 17th Street
Omaha, NE 68102-0000

The following document(s) are associated with this transaction:
**Document Description:** Criminal Fee Status Letter
**Original Filename:**

/opt/ACECF/live/forms/bsharrar_151209_4239603_CriminalFeeStatusLetters_117.pdf

**Electronic Document Stamp:**

[STAMP acecfStamp_ID=1105112566 [Date=01/30/2015] [FileNumber=4239603-0] [50a257b34f51c51b0d83ef1d30808e9e59362f34d68a095e379def7d564dce095b9602edd61d76d52cf0b12611c68b8799ec140ba86cf8cc86e59826788e5e68]]

**Recipients:**
- Mr. Keith Anthony Becker, Trial Attorney
- Ms. Sarah Chang
- Mr. Timothy DeFoggi
- Mr. Stuart J. Dornan
- Ms. Brenda Fauber, Court Reporter
- Ms. Denise M. Lucks, Clerk of Court
- Mr. Michael P. Norris, Assistant U.S. Attorney

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4239603
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 5241180, 5241181, 5241182