**Transmittal Sheet - Electronic Documents**

To: Clerk, USCA, 8th Circuit, St. Louis, Missouri

From: Clerk, U.S. District Court, Omaha, Nebraska

Date: March 5, 2015

District Court No: 8:13cr105-LSC

Appeal No: 15-1209

Style: USA v. DeFoggi

Transmitted herewith:

☒ Copy of Presentence Investigation Report, Sentencing Recommendations, and Statement of Reasons.

☒ **Electronic copy of** hearing transcripts:

Sentencing held January 5, 2015

Sincerely,

By:   s/ Mary Roundtree
Deputy Clerk

cc:   All Counsel

Received by:
_____

***Please note ***

Electronic copy of record. Do not return this record to the U.S. District Court of Nebraska when your case is closed.

Forms-Appeal-Letter-Transmittal_to_Circuit
Approved 12/22/14