IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TIMOTHY DEFOGGI,<br><br>　　　　　　Defendant. | 8:13CR105<br><br>ORDER |

　　　　This matter is before the Court *sua sponte* regarding a refund of the special assessment for count I, paid by the defendant, Timothy DeFoggi.

　　　　On January 5, 2015, the court imposed a $100.00 special assessment for each guilty count, totaling $500.00. The Clerk of the Court verified that the defendant has paid the $500.00 special assessment in full. On October 6, 2016, the Eighth Circuit Court of Appeals, vacated the conviction on count I and remanded the case for resentencing. In light of that ruling, count I of the Indictment was dismissed by the court, entitling the defendant to a refund of $100.00 of the special assessment fee.

　　　　IT IS ORDERED:

　　　　1.　The Clerk of the Court shall refund $100.00 to the defendant, Timothy DeFoggi, at his last known address.

　　　　Dated this 3rd day of February, 2017.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ Laurie Smith Camp
　　　　　　　　　　　　　　　　　　　　Chief United States District Judge