# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiffs, | 8:13CR105 |
| vs. | JUDGMENT |
| **TIMOTHY R. DEFOGGI,.** | |
| Defendant. | |

In accordance with the accompanying Memorandum and Order,

IT IS ORDERED:

1. The Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 345, is denied; and

2. The Clerk will mail a copy of this Judgment to Defendant at the Defendant's last known address.

Dated this 11th day of September, 2018.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge