# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | 8:13CR105 |
| vs. | |
| TIMOTHY R. DEFOGGI, | ORDER |
| Defendant. | |

This matter is before the Court on the Defendant's Motion for Reconsideration, ECF No. 371, asking the Court to reconsider its Order, ECF No. 366, denying in forma pauperis status for the Defendant regarding the processing of his appeal of the Court's Order, ECF No. 362, denying his motion to unseal certain court records, ECF No. 361. The Motion for Reconsideration will be denied as moot, in that the Defendant's Notice of Appeal, ECF No. 363, has been processed and submitted to the U.S. Court of Appeals for the Eighth Circuit.

IT IS ORDERED:

1. The Defendant's Motion for Reconsideration, ECF No. 371, is denied as moot; and
2. The Clerk will mail a copy of this Order to the Defendant at his last known address.

Dated this 29th day of January 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge