# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 22-1536

_____

In re: Timothy DeFoggi

Petitioner

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:13-cr-00105-JFB-1)

_____

**JUDGMENT**

Before BENTON, SHEPHERD, and KELLY, Circuit Judges.

    Petition for writ of mandamus has been considered by the court and is denied as moot.

Mandate shall issue forthwith.

June 02, 2022

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans