# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 02, 2022

Mr. Timothy DeFoggi
FEDERAL CORRECTIONAL INSTITUTION
56316-037
P.O. Box 2000
Joint Base MDL, NJ  08640

    RE:  22-1536  In re: Timothy DeFoggi

Dear Mr. DeFoggi:

    Enclosed is a copy of an order entered today in the above case. Mandate is being issued and sent today to the Clerk of the United States District Court.

    Michael E. Gans
    Clerk of Court

NDG

Enclosure(s)

cc:    Ms. Denise M. Lucks

    District Court/Agency Case Number(s):   8:13-cr-00105-JFB-1