U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOTICE OF APPEAL (NOA) SUPPLEMENT
**DISTRICT OF NEBRASKA**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

**Caption**:
USA v. Timothy DeFoggi

**Case Number**:
8:13-cr-00105-JFB-TDT-1

**Appellant**:
USA

**Attorney(s)**:
Michael P. Norris
U.S. ATTORNEY'S OFFICE - OMAHA
1620 Dodge Street
Suite 1400
Omaha, NE 68102-1506
(402) 661-3700

**Appellee:**
Timothy DeFoggi

**Attorney(s)**:
Pro Se

**Court Reporter(s)**:
N/A

**Please return files and documents to**:
Omaha

**Person to contact about the appeal**:
Lindsey Olson

| **Length of Trial** | **Fee** | **IFP** | **Pending IFP** |
|---|---|---|---|
| N/A | N/A | N | N |

| **Counsel** | **Pending Motions** | **Local Interest** | **Simultaneous Release?** |
|---|---|---|---|
| Pro Se | N | N | N |

**Criminal Cases/Prisoner Pro Se Cases only**:

**Is defendant incarcerated?**   Y

111 South 18th Plaza, Suite 1152, Omaha, NE 68102-1322

Omaha: (402) 661-7350   Fax: (402) 661-7387   Toll Free: (866) 220-4381
Lincoln: (402) 437-1900   Fax: (402) 437-1911   Toll Free: (866) 220-4379

June 30, 2022
Page 2

**Where?**

| 56316-037
FCI-FORT DIX
P.O. Box 2000
Joint Base MDL, NJ 08640 |

**Please list all other defendants in this case if there were multiple defendants**


**Special Comments**:
Notice of Appeal filed by USA in regards to Amended Judgment on Motion for Compassionate Release

Forms-Appeal-NOA_Supplement
Approved Date: 12/22/14