IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> vs. <br><br> TIMOTHY DEFOGGI, <br><br> Defendant. | 8:13CR105 <br><br> ORDER |

This matter is before the Court on Defendant's second motion for immediate relief regarding his computer use.  Filing No. 466.  The Court previously entered a text order stating that "the Court has reviewed Defendant's motion for clarification of supervised release conditions, Filing No. 463, and the amended judgment in this case, Filing No. 414, and concludes the language of the amended judgment is clear and no clarification is needed."  Filing No. 464.  Likewise, that applies to defendant's request for a computer and computer use as it relates to his appeal.  The Court will again deny his request and finds the defendant is welcome to create hand-written documents for his filings.

THEREFORE, IT IS ORDERED THAT Defendant's motion for hearing, Filing No. 466, is denied.

Dated this 3rd day of May, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge