# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 22-2327
_____

United States of America

Plaintiff - Appellee

v.

Timothy DeFoggi, also known as fuckchrist, also known as PTasseater

Defendant - Appellant

_____

No: 22-2394
_____

United States of America

Plaintiff - Appellant

v.

Timothy DeFoggi, also known as fuckchrist, also known as PTasseater

Defendant - Appellee

------

Appeals from U.S. District Court for the District of Nebraska - Omaha
(8:13-cr-00105-JFB-1)

------

**JUDGMENT**

Before BENTON, SHEPHERD, and KELLY, Circuit Judges.

    These appeals from the United States District Court were submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court is affirmed in part, vacated in part, and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

June 22, 2023

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
            /s/ Michael E. Gans