# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2327

United States of America

Appellee

v.

Timothy DeFoggi, also known as fuckchrist, also known as PTasseater

Appellant

No: 22-2394

United States of America

Appellant

v.

Timothy DeFoggi, also known as fuckchrist, also known as PTasseater

Appellee

---

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:13-cr-00105-JFB-1)
(8:13-cr-00105-JFB-1)

---

**MANDATE**

In accordance with the opinion and judgment of June 22, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 22, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit