IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiffs,<br><br>vs.<br><br>TIMOTHY DEFOGGI,<br><br>                Defendant. | **8:13CR105**<br><br>**ORDER** |

      The matter is before the Court on remand with mandate from the Court of Appeals. The Amended Judgment dated June 1, 2022, Filing No. 414, has been vacated and the Amended Judgment dated February 8, 2017, Filing No. 326, is reinstated. Should Mr. DeFoggi wish to move for compassionate release consistent with the panel's opinion, Filing No. 468, he shall please advise the Court by July 14, 2023.

      IT IS SO ORDERED.

      Dated this 26th day of June, 2023.

                                                                            BY THE COURT:

                                                                            s/ Joseph F. Bataillon<br>
                                                                            Senior United States District Judge