IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiffs,<br><br>vs.<br><br>TIMOTHY DEFOGGI<br><br>  Defendant. | 8:13CR105<br><br>**ORDER** |

This matter comes before the Court on its own motion. On July 14, 2023, Stuart Dornan entered his appearance as retained counsel on behalf of Defendant. Filing No. 472. Counsel has subsequently filed a motion for compassionate release. Filing No. 480.

Defendant is advised that because he is presently represented by counsel, all filings and correspondence with the Court must occur via his attorney. Any pro se communications with the Court will not be docketed and will instead be sent to counsel. *See* NEGenR 1.3(i) ("Once an attorney is appointed or retained, all further documents and other communications with the court must be submitted through the attorney, unless the court permits otherwise. Any further pro se documents or other communications submitted to the court may be (1) returned unfiled to the sending party or (2) forwarded to the sending party's attorney.").

Counsel is ordered to provide a copy of this Order to Defendant.

IT IS SO ORDERED.

Dated this 29th day of December, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge