IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:13CR105 |
|---|---|
| Plaintiffs, | |
| vs. | ORDER |
| TIMOTHY DEFOGGI, | |
| Defendant. | |

This matter comes before the Court on counsel for Defendant's, Stuart J. Dornan's, motion to withdraw. Filing No. 499. The Court grants counsel's motion to withdraw as to further district court proceedings.

IT IS ORDERED:

1. Defendant's counsel's, Stuart J. Dornan's, motion to withdraw, Filing No. 499, is granted.

Dated this 7th day of May, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

1