IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>TIMOTHY DEFOGGI,<br><br>　　　　　　Defendant. | 8:13CR105<br><br>AMENDED ORDER |

Defendant's motion for extension of time, Filing No. 539, is GRANTED. Defendant shall file his reply in support of his motion for writ of error coram nobis on or before September 29, 2025.

IT IS SO ORDERED.

Dated this 28th day of August, 2025.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　Senior United States District Judge