IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | 8:13CR105 |
| vs. | |
| TIMOTHY DEFOGGI, | ORDER |
| Defendant. | |

This matter comes before the Court on Defendant's request for copies of sealed documents, Filing No. 269 (Defendant's Sentencing Memorandum); Filing No. 270 (Defendant's Exhibits in Support of Sentencing Memorandum); and Filing No. 275 (Defendant's Supplemental Sentencing Exhibits). Defendant's motion is granted.

IT IS ORDERED:

1. Defendant's motion for copies, Filing No. 560, is granted.

2. The Clerk of Court shall notify Defendant of the cost of copies of Filing No. 269; Filing No. 270; and Filing No. 275 by mailing him a letter to his last known mailing address. Upon receipt of payment, the Clerk of the Court shall provide copies of Filing No. 269; Filing No. 270; and Filing No. 275 to Defendant.

Dated this 25th day of March, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge